# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.:** |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL JOHN O'KEEFE, SR.** | : | |
| **SUNIL AGRAWAL** | : | **Under Seal** |
| | : | |
| **Defendants** | : | |

## MOTION AND SUPPORTING MEMORANDUM
## TO SEAL CRIMINAL INDICTMENT AND BENCH WARRANTS

The United States of America, by its attorney, the United States Attorney for the District

of Columbia, hereby moves the Court pursuant to Fed. R. Crim. P. 6(e)(4) to place under seal

until further order of the Court the Indictment and Bench Warrants for Michael John O'Keefe,

Sr. and Sunil Agrawal in the above-captioned case, as well as the Government's Motion to Seal

and this Court's Order sealing the aforesaid documents. In support of its motion, the government

states as follows:

1.     An indictment may be sealed pursuant to Rule 6(e)(4) for any legitimate

prosecutorial reason, including, as recognized by the Rule itself, to take the defendant into

custody and bring him or her before the court. See United States v. Michael, 180 F.2d 55, 57 (3d

Cir. 1949); see also United States v. Sharpe, 995 F.2d 49 (5th Cir. 1993); United States v.

Southland Corp., 760 F.2d 1366, 1379-80 (2d Cir. 1985); U.S. v. Lyles, 593 F.2d 182 (2d Cir.

1979).

2.      Today, August 18, 2006, a grand jury returned an Indictment against defendants, Michael John O'Keefe, Sr., and Sunil Agrawal, on one count of Conspiracy, in violation of 18 U.S.C. § 371,  and one count of Bribery and aiding and abetting in violation of 18 U.S.C. §§ 201 and 2, and Criminal Forfeiture in violation of 18 U.S.C. § and 28 U.S.C. § 2461, for accepting and giving bribes in exchange for providing expedited visa interview appointments and issuing visas.  The United States anticipates that the Court will grant its oral request for a bench warrant to be issued today for the arrest of the defendants on this Indictment.

3.      Anticipating the issuance of a bench warrants for the arrest of defendants O'Keefe and Agrawal, the United States is preparing for the arrest of the defendants.  Defendant O'Keefe resides and works in Toronto, Ontario, Canada for the United States Department of State as a Consular Official specializing in the issuance of visas and travel documents.  Prior to his current employment, he worked at other overseas missions as well as in Washington, D.C.  The public disclosure of this Indictment at this time could jeopardize plans to secure his arrest, because such disclosure could result in defendant O'Keefe's flight from his current location and failure to return to this area prior to his arrest. Defendant Agrawal is a native of India holding lawful permanent resident status in the United States who owns and operates an international jewelry business.  He travels extensively worldwide in connection with his business.  The public disclosure of this Indictment at this time could jeopardize plans to secure his arrest, because such disclosure could result in defendant Agrawal's flight from the United States.   Concern for the need to apprehend the defendants constitutes a legitimate prosecutorial reason, and thus an appropriate basis, for an Order sealing the Indictment and Bench Warrants.

4.     Accordingly, the United States submits that under <u>Washington Post v. Robinson</u>, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), these facts present an extraordinary situation and a compelling governmental interest which justify the sealing of the Indictment, the Bench Warrants, this Motion, and any Order to Seal, until such time as the defendants Michael John O'Keefe, Sr. and Sunil Agrawal are arrested.

5.     In addition, we request that the sealing Order permit disclosure of the Indictment to any federal law enforcement officers, to the extent that such disclosure is in furtherance of efforts to capture the defendants.

6.     The United States requests that the Court issue an Order that provides for the automatic unsealing of the Indictment and the Bench Warrants when the defendants  Michael John O'Keefe, Sr. and Sunil Agrawal are arrested.

<p align="center">CONCLUSION</p>

WHEREFORE, for all the foregoing reasons, the United States of America respectfully requests that the Court issue an Order sealing (except to the limited extent specified herein) the Indictment returned in this matter on this date, August 18, 2006, as well as sealing the Bench

Warrants, this Motion, and the Court's sealing Order, until further order of this Court.  A

proposed Order is submitted herewith.

<div style="margin-left: 40%">

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. Bar Number 451058

</div>

By:     _____

<div style="margin-left: 45%">

Brenda J. Johnson
Assistant United States Attorney
D.C. Bar No. 370737
202/353-4154
Brenda.Johnson@usdoj.gov
National Security Section
United States Attorney's Office
555 4th Street, N.W. – 11th floor
Washington, D.C.  20530

</div>

Dated:  August 18, 2006