UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No.: 06-249 |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL JOHN O'KEEFE, SR.** | : | |
| **SUNIL AGRAWAL** | : | Under Seal |
| | : | |
| **Defendants** | : | |

### GOVERNMENT'S MOTION TO MODIFY ORDER SEALING INDICTMENT

The United States of America, by its attorney, the United States Attorney for the District of Columbia, hereby moves the Court to enter an order modifying the August 18, 2006, Order sealing the Indictment in this matter. In support of its motion, the government states as follows:

By Order dated August 18, 2006, the United States Magistrate Judge granted the government's motion to seal the Indictment returned that day and to delay entry of this case upon the public docket. The government sought to have the matter sealed in order to take the defendants into custody. The government submitted - and the Court found - that the need to take the defendants into custody constituted a legitimate prosecutorial reason, and thus an appropriate basis, for the requested sealing, under Washington Post v. Robinson, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991).   Defendant, Michael John O'Keefe, Sr. has now been taken into custody in the District of Columbia. Defendant, Sunil Agrawal is reportedly in London, United Kingdom. The government has sought a provisional arrest warrant for defendant, Sunil Agrawal and needs to unseal the indictment and warrant issued by this Court to effectuate the process. Accordingly, the rationale for the sealing no longer exists.

## CONCLUSION

WHEREFORE, for all the foregoing reasons, the government respectfully requests that the Court issue the proposed Order, submitted herewith, modifying the existing sealing Order to direct that the Indictment and all other papers filed in this matter be unsealed upon the arrest of any defendant in this case, and the case then entered upon the public docket.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        UNITED STATES ATTORNEY
        D.C. Bar Number 451058

By: _____
        Brenda J. Johnson
        Assistant United States Attorney
        D.C. Bar No. 370737
        202/353-4154
        Brenda.Johnson@usdoj.gov
        National Security Section
        United States Attorney's Office
        555 4th Street, N.W. – 11th floor
        Washington, D.C. 20530

Dated: August 25, 2006