UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: 06–249 |
| | : | |
| v. | : | |
| | : | |
| MICHAEL JOHN O'KEEFE, SR. | : | |
| SUNIL AGRAWAL | : | Under Seal |
| | : | |
| Defendants | : | |

FILED
AUG 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER TO UNSEAL INDICTMENT

Having considered the Government's Motion to Modify Order Sealing Criminal Indictment and Bench Warrants, which indictment was returned on August 18, 2006, and for good cause stated therein, the Court makes the following:

### FINDINGS OF FACT

1. Fed. R. Cr. P. 6(e)(4) permits the sealing of an indictment for any legitimate prosecutorial reason.

2. Sealing the Indictment and the Bench Warrants in the above-captioned matter furthered the legitimate prosecutorial interest in locating and obtaining custody of the defendants, Michael John O'Keefe, Sr. and Sunil Agrawal.

3. Defendant Michael John O'Keefe, Sr., has been taken into custody.

4. Defendant Sunil Agrawal is reportedly out of the country.

5. The public docketing at this time of the Indictment, the Bench Warrants, the Government's Motion to Seal, and this Order, would no longer compromise the government's ability effectively to obtain custody of the defendants.

6. Accordingly, the rationale for sealing under <u>Washington Post v. Robinson</u>, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), no longer exits.

Based on the foregoing Findings of Fact, the Motion is hereby

GRANTED, and it is hereby

ORDERED that the Indictment and the Bench Warrants in the above-captioned matter be unsealed by the Clerk of the Court; and it is

FURTHER ORDERED that the Clerk's office shall make any entry on the public docket in this case of the Indictment and the Bench Warrants in this case.

FURTHER ORDERED that the Clerk of the Court shall provide to the United States Attorney's Office certified copies of the Indictment and the Bench Warrants upon request.

Date: August 25 2006

UNITED STATES MAGISTRATE JUDGE

cc: Brenda J. Johnson
Assistant United States Attorney