# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA<br><br>**SEALED**<br><br>MICHAEL JOHN O'KEEFE SR.<br><br>DOB:         PDID: | DOCKET NO: 06-249-01    MAGIS. NO:<br><br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>MICHAEL JOHN O'KEEFE SR.<br><br>FILED<br>AUG 2 5 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Conspiracy
Bribery
Aiding and Abetting, Causing an act to be done
Criminal Forfeiture

**UNSEALED**

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br>18 U.S.C. §§ 371, 201(b)(1) and (2), 2 and 981<br>28 U.S.C. § 2461 |
|---|---|
| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |

| ORDERED BY:<br>MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE ALAN KAY | DATE ISSUED:<br>08/18/2006 |
|---|---|---|
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>08/18/2006 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 8/18/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 8/25/06 | Stephanie Owens<br>Deputy US Marshall | |
| HIDTA CASE:  Yes   No  X | | OCDETF CASE:  Yes   No  X |