☒ CASH
☐ SURETY
☐ CASH APPEAL
☐ SURETY APPEAL

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## APPEARANCE BOND

CO-625
(Revised - DC 04/05)

**FILED**

AUG 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

vs.

**MICHAEL JOHN O'KEEFE, SR.**

☒ Criminal
☐ Magistrate
☐ Civil
☐ Probation Transfer

Case Number: 06-249-01 (PLF)

We the undersigned, jointly and severally acknowledge that we and our personal representatives are bound to pay the United States of America, the sum of _____$10,000.00 (Ten Thousand Dollars)_____, and hereby deposit the sum of _____$10,000.00_____ in the Office of the Clerk as security therefore.

The conditions of this bond are that the defendant is to appear before United States District Court for the District of Columbia at 3rd Street and Constitution Avenue, N.W., Washington, D.C., and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in the above entitled matter as may be given or issued by the United States District Court to which the defendant may be removed or the cause transferred; that the defendant is not to depart the District of Columbia, or the jurisdiction of any other United States District Court to which the defendant may be removed or the cause transferred after the defendant has appeared in such other district pursuant to the terms of this bond, except in accordance with such orders or warrants as may be issued by the United States District Court for the District of Columbia or the United States District court for such other district; that the defendant is to abide any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment as the court imposing it may prescribe. The defendant also is to abide any order in this matter issued by the United States Court of Appeals for the District of Columbia Circuit.

If the defendant appears as ordered and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and by other laws of the United States.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned are duly exonerated.

This bond signed on this __28__ day of __August__, __2006__ at Washington, D.C.

Signature of Defendant: _Michael J. O'Keefe_    Address: [redacted]

Signature of Surety/Depositor: ~~~~~~~~~    Address: [redacted]

Signed and acknowledged before me this __28__ day of __August__, __2006__

NANCY MAYER-WHITTINGTON, Clerk

By: _Kimberly Ray_
Deputy Clerk