Case 1:06-cr-00249-PLF   Document 11   Filed 09/27/2006   Page 1 of 1

United States of America
v.
SUNIL AGRAWAL
Defendant's name

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No. CR06-249#2

**YOU ARE RELEASED ON THE FOLLOWING ADDITIONAL CONDITIONS INDICATED BELOW:**

PERSONAL PROMISE ☐ — PERSONAL RECOGNIZANCE. Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the Court.

☒ UNSECURED APPEARANCE BOND. Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court.

$10,000 ☐ CASH BOND. Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit to be returned when the Court determines you have performed the conditions of your release. You will deposit in the registry of the Court _____ %.

☐ SURETY BOND. Upon execution of appearance bond with approved surety.

**YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:**

☐ 1) SUPERVISORY CUSTODY — You hereby agree to be placed in the custody of _____ who agrees (a) to supervise you in accordance with the conditions below, (b) to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c) to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone 442-1000.

FILED SEP 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

☒ 2) YOU ARE TO REPORT ☒ weekly in person by phone TO US PSA IN S DIST NY AS DIRECTED

☒ 3) YOU ARE TO LIVE ☒ at ABOVE ADDRESS — STAY W/IN THE CONTINENTAL U.S.

☐ 4a) YOU ARE TO WORK — by obtaining a job within ___ days and reporting it to the D.C. Pretrial Services Agency at 442-1000 / by maintaining your job as _____

☐ 4b) YOU ARE TO STUDY — by enrolling in school at _____ / by maintaining your student status at _____   E DIST NY / S DIST NY

☒ 5) YOU ARE TO STAY ☐ away from the complaining witness. ☒ Within the D.C. area FOR COURT + MEET W/ ATTORNEY

☐ 6) NARCOTICS

☒ 7) OTHER CONDITION — COMPLY W/ SUPERVISION W/ S. DIST NY. SURRENDER ALL TRAVEL DOCUMENTS. DO NOT APPLY FOR ANY TRAVEL DOCUMENTS.

☒ 8) REARREST — Any rearrest on probable cause for any subsequent offense may result in revoking your present bond and setting it at HWOB

NEXT DUE BACK: in Courtroom 29A at 9:15 AM on 10/27/06

YOUR ATTORNEY _____
1501 K ST NW
202-736-8069

DEFENDANT'S SIGNATURE ▶ X _____
WITNESSED BY _____

IMPORTANT: YOU ARE TO NOTIFY IMMEDIATELY THE D.C. PRETRIAL SERVICES AGENCY, 500 INDIANA AVE. N.W., FIRST FLOOR, TELEPHONE NUMBER 442-1000, OF ANY CHANGE OF ADDRESS, EMPLOYMENT, OR CHANGE IN STATUS OF ANY RELEASE CONDITIONS.   DCPSA

WHITE—TO COURT PAPERS
BLUE—TO JUDGE
GREEN—TO D.C. PRETRIAL SERVICES AGENCY
CANARY—TO DEFENSE ATTORNEY
PINK—TO U.S. ATTORNEY
GOLDENROD—TO DEFENDANT

Date 9/27/06

SO ORDERED
Signature of Judge

DEFENDANT'S EXHIBIT A