UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v | : | |
| | : | Criminal No 06-CR-249(PLF) |
| MICHAEL O'KEEFE | : | |

**ORDER**

UPON CONSIDERATION of Counsel's Motion to Modify Conditions of Release; it is hereby

ORDERED this _____ day of October, 2006 that the defendant in the above-captioned case Michael O'Keefe be released on the following conditions:

1. Live at 25 Beechstone, Apartment 5, Portsmouth, New Hampshire.

2. That he maintain weekly phone contact with Ms. Jodi Lines at United States Federal District Courthouse in Concord, New Hampshire.

_____
THE HONORABLE PAUL L. FRIEDMAN
JUDGE, U.S. DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

4