UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Criminal No 06-CR-249(PLF) |
| MICHAEL O'KEEFE : | |

## MOTION TO CONTINUE TRIAL DATE

Defendant Michael O'Keefe, through counsel, respectfully moves this court to continue the trial date in the above-captioned case.

As grounds for this motion, counsel would state the following;

1. On October 12, 2006 counsel agreed to a March 14, 2007 trial date.

2. Counsel for Mr. O'Keefe cited a previously scheduled trial that he had in United States Federal District Court in Baltimore, Maryland which was set in May 2007.

3. Counsel learned on Tuesday, October 31, 2006, that the date has been advanced to April 16, 2007 and is scheduled to take 4 to 6 weeks.[1] The case has two co-defendants and undersigned counsel's client is detained and currently in the hospital with Tuberculosis. The defense expects to call over 15 witnesses.

4. Counsel will need no less than three weeks to prepare that case for trial.

5. Mr. O'Keefe has been advised of this motion, consent to it and waive any further time under the Speedy Trial Act.

6. All counsel have spoken by phone to select a date that is convenient for all parties.

---

[1] Counsel would have filed this motion on Tuesday, October 31, 2006 but undersigned counsel was waiting to get the position of counsel for codefendant Mr. Agrawal.

7.      The government is opposed to this continuance.  Counsels for codefendant, Mr. Agrawal, take no position on this motion.

WHEREFORE for these reasons and any other reasons deemed meritorious by this Court, counsel for Mr. O'Keefe respectfully request that this motion be GRANTED.

Respectfully submitted,


_____/s/_____
BERNARD S. GRIMM