UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | **Criminal No 06-CR-249(PLF)** |
| **MICHAEL O'KEEFE** : | |

**ORDER**

UPON CONSIDERATION of Defendant's Motion to Continue Trial Date; it is hereby

ORDERED this _____ day of _____ 2006, that defendant's motion is GRANTED; it is further

ORDERED that the trial date is now scheduled for this _____ day of _____ 200\_\_\_\_ at _____ a.m. / p.m.

_____
THE HONORABLE PAUL L. FRIEDMAN
JUDGE, U.S. DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA