UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: 06-0249 (PLF) |
| | : | |
| v. | : | |
| | : | |
| MICHAEL JOHN O'KEEFE, SR., | : | |
| SUNIL AGRAWAL | : | |

## GOVERNMENT'S NOTICE OF APPEARANCE

      The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the court that Assistant United States Attorney Denise Cheung will be entering her appearance as co-counsel to Assistant United States Attorney Brenda J. Johnson in the above-captioned matter, and submits this notice of her appearance on behalf of the United States.

Respectfully Submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

_____
Denise Cheung
Assistant United States Attorney
D.C. Bar Number 451714
555 4th Street, N.W.
Room 11-443
Washington, D.C. 20530
(202) 307-2845 (telephone)
(202) 307-6059 (facsimile)
denise.cheung@usdoj.gov