IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,         )
                                  )
        v.                        )   Criminal Case No 1:06-cr-00249-PLF
                                  )
MICHAEL JOHN O'KEEFE, SR. and     )
SUNIL AGRAWAL,                    )
                                  )
        Defendants.               )

## ~~PROPOSED~~ SCHEDULING ORDER

Upon consideration of the parties' joint motion for a scheduling order, it is hereby

ORDERED that the following schedule will govern this action:

| Event | Date / Deadline |
|---|---|
| 1. Status conference | January 5, 2007 at 10:00 a.m. |
| 2. **All substantive and/or dispositive motions filed** <br> Opposition memoranda filed <br> Reply memoranda filed <br> Substantive/dispositive motions hearing | January 30, 2007 <br> February 12, 2007 <br> February 23, 2007 <br> March 5, 2007 |
| 3. Government shall make **disclosures under Rule 16(a)(1)(G)** of the Federal Rules of Criminal Procedure and shall deliver written summary of testimony and qualifications of any expert witness | January 19, 2007 |
| 4. Defendants shall make expert **disclosures under Rule 16(b)(1)(C)** of the Federal Rules of Criminal Procedure and shall deliver written summary of testimony and qualifications of any expert witness | January 29, 2007 |
| 5. Parties shall file with the Court brief summary of expert witness qualifications and summary of expert testimony for each proposed expert witness, not to exceed 5 pages | February 16, 2007 |

6. **All *in limine* (including *Daubert* motions) and other pretrial motions filed**         March 9, 2007
   Opposition memoranda filed                                                                  March 19, 2007
   Reply memoranda filed                                                                       March 26, 2007
   *In limine* (including *Daubert* hearing, if necessary) and other pretrial motions hearing  May 8, 2007

7. Parties shall jointly advise chambers what size jury panel they agree is appropriate and whether they would like to have oral voir dire or a written questionnaire followed by follow-up questions         June 2, 2007

8. Government and defense shall submit proposed voir dire questions or a proposed written questionnaire (as appropriate) and proposed jury instructions to the Court, indicating any unresolvable areas of disagreement         June 8, 2007

9. **Final pretrial conference** in Courtroom 29A to resolve all remaining pretrial matters         June 11, 2007 at 9:30 a.m.

10. **Trial begins.** Voir dire will commence beginning at 9:30 a.m. in Courtroom No. 29A, and will continue until completed. Counsel should be prepared to deliver their opening statements on the morning of June 20, 2007, beginning at 9:30 a.m.         June 19-29, 2007

SO ORDERED.

DATE: 11/20/06

_____
PAUL L. FRIEDMAN
United States District Judge

2

DC1 893933v.1