UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 06-249-01 (PLF) |
| : | |
| MICHAEL JOHN O'KEEFE, SR. : | |
| : | |

### MOTION TO COMPEL DISCOVERY

Mr. O'Keefe, through counsel, pursuant to the Federal Rules of Criminal Procedure and the Due Process Clause and Sixth Amendment to the United States Constitution, respectfully moves this Court to order the government to provide the requested discovery below.

As grounds for this motion, counsel would state the following:

1. Mr. O'Keefe is before the court charged with one count of Conspiracy, one count Bribery and one count of Aiding and Abetting.

2. Through the course of this investigation the government searched and extracted Electronic messages from the defendant's work computer at the United States Department of State where he work as the Deputy Chief of Non-Immigrant Visas. The basis for this search was based principally on a March 14th complaint report from some person.[1]

3. Counsel is presently filing a Motion to Suppress. It is critical to the defendant's preparation of this motion that he be provided with a copy of the report. Without the report counsel cannot critically evaluate whether the government had the requested probable cause.

---
[1] The name was redacted in the affidavit.

4. Counsel requested this report in discovery and the government denied his request.

5. A copy of the report would reveal the following:

   a. The author of the report

   b. Whether the author of the report was in a position to make these complaints

   c. Whether the author witnessed these events or learned of them through hearsay

   d. Whether the author has any bias or prejudice against the defendant

   e. Whether the report contains any other information which would support a *Franks v. Delaware* argument.

6. Counsel understand that these issues will ultimately be resolved at trial but they are also germane to the current legal issues that counsel is planning to raise in his Motion to Suppress.

WHEREFORE, for these reasons and any other reasons deemed meritorious by this Court, counsel would request that this Motion be GRANTED.

Respectfully submitted,

_____/s/_____
Bernard S. Grimm, Esq.

Law Offices of Bernard S. Grimm
The Webster Building
503 D Street N.W. Suite 250
Washington, D.C. 20001
(202) 371-0300