UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 06-249-01 (PLF)** |
| : | |
| **MICHAEL JOHN O'KEEFE, SR.** : | |
| : | |

**ORDER**

UPON CONSIDERATION of Defendant's Motion to Compel Discovery; it is hereby

ORDERED this ____ day of _____, 2007 that defendant's motion is GRANTED; it is further

ORDERED that the government shall turn over to counsel for Mr. O'Keefe the report without any redactions.

_____
THE HONORABLE PAUL L. FRIEDMAN
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

C:   Bernard S. Grimm, Esq.
     503 D Street, N.W.
     Suite 250
     Washington, D.C. 20001

     Brenda Johnson, Esq.
     Assistant United States Attorney
     555 4th Street, N.W.
     Washington, D.C. 20530

3