# American Consulate General, Toronto
### Password Receipt and User Responsibility Acknowledgment
### SBU and/or Internet Network

User Name: *Michael O'Keefe*

User ID: *okeefemj*

Office Symbol/Agency: _____

Phone: *416 595-1700*

I hereby acknowledge personal receipt of the system password(s) associated with the user ID(s) listed above. I understand that:

1. I am responsible for the protection of the password(s).
2. I will comply with all applicable security standards.
3. I will not divulge my password(s). User passwords are to be treated as user confidential. They are not to be disclosed to any other employee. If I suspect disclosure, I will notify ISC immediately and obtain a new password.
4. I will not leave my workstation logged on while unattended.
5. I have no right to privacy on any government owned computer. Further, all computer equipment, software, and diskettes are subject to periodic unannounced inspections by the ISO, RSO, or ISSO.
6. I will not process any classified information on the SBU and/or Internet network or unclassified stand-alone machines.
7. I will not move, tamper with, or modify any government owned computer equipment or software without prior approval from the ISO.
8. I am aware of my obligation to change my password every six (6) months.

User Signature: *Michael J. O'Keefe*

Date: *July 24/2003*

ISO/ISSO Signature: _____

Date: *7/24/03*