## CIF06-045

Warnings that appear when a user logs into the OpenNet System:
Pulled from the operating system on CIF06-045-0005

1) CIF06-045\CIF06-045-0005\C\WINDOWS\system32
   \config\software\NTRegistry\$$$PROTO.HIV\Microsoft\Windows
   NT\CurrentVersion\Winlogon\LegalNoticeCaption

   Warning: For Official Use Only

2) CIF06-045\CIF06-045-0005\C\WINDOWS\system32
   \config\software\NTRegistry\$$$PROTO.HIV\Microsoft\Windows
   NT\CurrentVersion\Winlogon\LegalNoticeText

   This computer is a Department of State computer system. It should be used for official U.S. Gove
   rnment work only. Use by unauthorized persons, or for personal business, is prohibited and const
   itutes a violation of 18 U.S.C 1030 and other federal laws. You have NO REASONABLE EXPECTATION O
   F PRIVACY while using this computer. All data contained herein may be monitored, intercepted, re
   corded, read, copied, or captured in any manner by authorized personnel. System personnel or sup
   ervisors may give law enforcement officials any potential evidence of crime, fraud, or employee
   misconduct found on this and all connected computer systems. Furthermore, law enforcement offici
   als may be authorized to access and collect evidence from this system. USE OF THIS SYSTEM BY ANY
   USER, AUTHORIZED OR UNAUTHORIZED, CONSTITUES EXPRESS CONSENT TO THIS MONITORING. IF YOU DO NOT
   CONSENT, PLEASE PRESS ESCAPE AND SHUTDOWN THIS COMPUTER NOW. PRESS OK TO AGREE TO ALL THE CONDIT
   IONS STATED ABOVE.