IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 06-249-01 (PLF)** |
| | : | |
| **MICHAEL JOHN O'KEEFE, Sr.,** | : | |
| | : | |
| **Defendant.** | : | |

ORDER

Upon careful consideration of the defendant's Motion to Compel discovery and the government's Opposition thereto, and arguments thereupon, the Court hereby

ORDERS that the Motion to Compel Discovery is Denied.

SO ORDERED, this _____ day of January 2007.

_____
THE HONORABLE PAUL L. FRIEDMAN
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Serve: Brenda J. Johnson
Denise Cheung
Assistant United States Attorneys
National Security Section
United States Attorney's Office
555 4th Street, NW
Washington, D.C. 20001

Bernard S. Grimm, Esq.
503 D Street, NW
Suite 250
Washington, D.C. 20001