UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 06-249-01 (PLF)** |
| : | |
| **MICHAEL JOHN O'KEEFE, SR.** : | |
| : | |

### SUPPLEMENTAL MOTION TO COMPEL DISCOVERY[1]

Mr. O'Keefe, through counsel, respectfully moves this Court to order the government to provide the requested discovery below.

As grounds for this motion, counsel would state the following:

1. As part of the Discovery disclosed in this case the government provided to counsel copies of the two search warrants which were executed in this case. The affidavits are redacted as indicated on the attached pages.

2. Counsel has requested unredacted copies from the government without success. Counsel would request that unredacted copies be disclosed.

3. Once a search warrant is executed, the warrant and other "related papers" must be delivered to the clerk in the District where the property was seized. Fed. R. Crim. P. 41(i). In this instance there is no United States District Court in Toronto, Canada. The warrant was signed by Magistrate Kay presiding in the United States District Court for Washington, D.C. Consequently, the warrant and attachments should be delivered to the Clerk's Office for public inspection.

---

[1] The government has produced the previously requested March 14, 2006 report which was the subject of counsel's original Motion to Compel.

4.	Counsel for the defendant in an effort to prepare his case and file motions to challenge each warrant would need to fully examine the entire affidavit which is the legal and factual basis upon which the warrant stands.

5.	Counsel's ability to effectively represent his client is hampered because he cannot discuss the entire contents of the affidavit with his client.

WHEREFORE, for these reasons and any other reasons deemed meritorious by this Court, counsel would request that this Motion be GRANTED.

Respectfully submitted,

_____/s/_____
Bernard S. Grimm, Esq.

Law Offices of Bernard S. Grimm
The Webster Building
503 D Street N.W. Suite 250
Washington, D.C. 20001
(202) 371-0300

2