AO106(Rev. 5/85) Affidavit for Search Ws

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of

Two related email accounts identified by user address OKEEFEMJ@ROGERS.COM AND MIKEOKEEFE@ROGERS.COM maintained on a computer server operated by YAHOO!, Inc., headquartered at 701 First Avenue Sunnyvale, CA 94089

CASE NUMBER:

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

06-241 M-01

FILED
MAY 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I __Jeffrey A. Ford__ being duly sworn depose and say:

I am a(n) __Special Agent with the Diplomatic Security Service__ and have reason to believe
(Official Title)

that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)

Two related email accounts identified by user address okeefejm@Rogers.com and mikeokeefe@Rogers.com maintained on a computer server operated by YAHOO!, headquartered at 701 First Avenue Sunnyvale, CA 94089, and more fully described in ATTACHMENT A to this application

in the District of California, there is now concealed certain property, the disclosure of which is governed by Title 18, United States Code, Sections 2701 through 2711, namely

contents of electronic emails and other electronic data more fully described in ATTACHMENT A to this application

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
evidence relevant to the commission of a fraud and misuse of visas, bribery and inappropriate compensation involving a government official

in violation of Title __18__ United States Code, Section(s) __1546, 201 and 203__. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.  ☒ YES  ☐ NO

Brenda J. Johnson, AUSA
U.S. Attorney's Office, Washington, DC
(202) 353-4154

Signature of Affiant
Jeffery A. Ford, Special Agent
Diplomatic Security Service

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By _____ Deputy Clerk

Sworn to before me, and subscribed in my presence

Date  MAY 24 2006

at Washington, D.C. (pursuant to the search warrant provisions of Title 18, United States Code Sections 2703 (a)-(d))

ALAN KAY
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

1

10. You affiant maintains there is probable cause to believe that Michael John O'Keefe has used two commercial electronic message accounts on Rogers.com (**okeefemj@Rogers.com** and **mikeokeefe@Rogers.com**) to further his criminal acts. Your affiant has developed information that shows O'Keefe has used these accounts to solicit a free trip to Las Vegas (hotel and airfare) from Sunil Agrawal, CEO of STS Jewels, I believe, in return for approving U.S. Visa's and waiving mandatory interviews for applicants sponsored by Agrawal and STS Jewels.

11. This affidavit is submitted in support of an application for a search warrant for any and all records regarding the identification of a user with the Email addresses "okeefemj@Rogers.com" and "mikeokeefe@Rogers.com" to include name and address, date account created, account status, and payment information such as credit card billing information and billing address. Also, for the subscriber identified above, the contents of any and all E-mails stored in the subscriber's account under the Email addresses "okeefemj@Rogers.com" and "mikeokeefe@Rogers.com" or any Emails stored in folders or personal on-line mailboxes of the above listed accounts. The above listed accounts are located on the computer servers of Rogers Communications Inc. owned by and partners of YAHOO! Inc. 701 First Avenue Sunnyvale, CA 94089 and maintained by the parent company YAHOO!.

## DETAILS OF INVESTIGATION

12. On 03/14/2006, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, provided a detailed complaint of Deputy Non-Immigrant Visa (NIV) Chief Michael J. O'Keefe's questionable actions. ▓▓▓▓▓▓▓▓ stated that O'Keefe has frequently used unpleasant language, made sexually insensitive comments around and to consulate staff, failed to follow proper NIV adjudication procedures, and is frequently communicating with local exotic dancers, contrary to established Consular procedures.

13. ▓▓▓▓▓▓▓▓ detailed that O'Keefe is known to frequent a local strip club named "The Brass Rail", speaks openly about the exotic dancers that he personally knows, specifically with two dancers who provided counterfeit job letters for a mortgage application. ▓▓▓▓▓▓▓▓ overheard O'Keefe say that he would talk to the bank on their behalf.

14. ▓▓▓▓▓▓▓▓ stated that O'Keefe has written a screenplay entitled "Avery's Song" in which a "young Canadian girl who is lured to Korea to seek her fortune but [is] exploited by criminal elements" is rescued by a middle aged consular officer. In addition to writing the screenplay, O'Keefe is widely known for trying to promote this screenplay, particularly with two attorneys – Brian Dingle and Benjamin Trister – with whom he has routine and continuous contact as part of his

7

consular duties. Benjamin Trister is known to represent professional entertainers and actors in Canada. ▓▓▓▓▓ reported that O'Keefe has attempted to promote "Avery's Song" to applicants involved in the movie business when they come in to apply for non-immigrant visas contrary to ethical standards set by the department.

15. On 07/14/2004, ▓▓▓▓▓ found O'Keefe with British actor Jason Isaacs, and Benjamin Trister, behind the NIV hard-line perimeter (a non-public area where visa issuances are actually processed). According to ▓▓▓▓▓ O'Keefe was demonstrating to TRISTER and the actor how the Consular Lookout Accountability and Support System (CLASS) database is used for screening names of suspected terrorists, criminals, and persons of interest. ▓▓▓▓▓ reports that SUBJECT was showing the unauthorized visitors a list of names related to the Violent Gang Terrorist Organized Crime (VGTO) hits.

16. Since 2002, O'Keefe has maintained a personal and social relationship with Sunil Agrawal – Chief Executive Officer of STS Jewels, Inc. in Canada and in the U.S. STS Jewels is known to be a major corporation involved in the precious gem trade that routinely petitions for NIV (work visas) in Toronto to support operations in the U.S.

17. On 04/20/2006, ▓▓▓▓▓ reported that on 03/29/2006, a fax from Sunil AGRAWAL was received at the consulate with the attention line to the SUBJECT. The letter requested that O'Keefe waive the appointment requirement for five STS Jewels (H2B) employment visas and see the applicants during the week of 04/17/2006. According to ▓▓▓▓▓, O'Keefe approved the requests, contrary to established consulate procedure, and instructed ▓▓▓ to include the names on the list of those approved for appointment waivers. Appointment waivers are to be approved only by the non-immigrant visa chief, ▓▓▓▓▓. Indeed, ▓▓▓▓▓ reported to ▓▓▓▓▓ that ▓▓▓▓▓ had previously denied one such request from STS and O'Keefe countermanded ▓▓▓▓▓ denial and waived the appointment requirement for STS Jewels.

18. On 04/19/2006, O'Keefe ordered that ▓▓▓▓▓, ▓▓▓▓▓ at the U.S. Consulate Toronto, find the visa applications that STS Jewels submitted for expedited service, and bring them directly to O'Keefe. O'Keefe interviewed and approved all five petitions. O'Keefe was observed by ▓▓▓▓▓ and ▓▓▓▓▓, later that day at a local restaurant having lunch with three of the STS Jewels applicants.

19. Additionally, a review of all NIV issuances in Toronto for STS Jewels' applications in the Consular Consolidated Database (CCD) revealed that O'Keefe

8