UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-249-01 (PLF) |
| | : | |
| MICHAEL JOHN O'KEEFE, SR. | : | |
| | : | |

**MOTION TO WITHDRAW PREVIOUSLY FILED
MOTIONS TO COMPEL DISCOVERY**

Mr. O'Keefe, through counsel, respectfully moves this Court to withdraw the defendant's previously filed Motions to Compel Discovery.

As grounds for this motion, counsel would state the following:

1. Mr. O'Keefe has filed two motions to Compel. Since the filing of these motions the government has elected to produce those requested documents.

2. Counsel is asking that the motions be denied as moot.

WHEREFORE, for these reasons and any other reasons deemed meritorious by this Court, counsel would request that this Motion be GRANTED.

                                                   Respectfully submitted,

                                                   _____/s/_____
                                                   Bernard S. Grimm, Esq.

                                                   Law Offices of Bernard S. Grimm
                                                   The Webster Building
                                                   503 D Street N.W. Suite 250
                                                   Washington, D.C. 20001
                                                   (202) 371-0300