UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 06-249-01 (PLF)** |
| : | |
| **MICHAEL JOHN O'KEEFE, SR.** : | |
| : | |

**ORDER**

UPON CONSIDERATION of Defendant's Motion to Withdraw previously filed Motions to Compel; it is hereby

ORDERED this ____ day of _____, 2007 that defendant's motion is GRANTED; it is further

ORDERED that the Motions to Compel Discovery are moot.

_____
THE HONORABLE PAUL L. FRIEDMAN
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

cc:   Bernard S. Grimm, Esq.
      503 D Street, N.W.
      Suite 250
      Washington, D.C. 20001

      Brenda Johnson, Esq.
      Assistant United States Attorney
      555 4th Street, N.W.
      Washington, D.C. 20530

      Thomas Green, Esq.
      Sidley Austin LLP
      1501 K Street NW
      Washington, DC 20005