IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-249 (PLF)** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL JOHN O'KEEFE, Sr. and** | : | |
| **SUNIL AGRAWAL,** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER**

Upon careful consideration of Defendant Agrawal's motion to compel discovery and the government's 0pposition thereto, and arguments thereupon, the Court hereby

ORDERS that the Motion to Compel Discovery is Denied.

SO ORDERED, this _____ day of _____, 2007.

_____
THE HONORABLE PAUL L. FRIEDMAN
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Serve: Brenda J. Johnson
      Denise Cheung
      Assistant United States Attorneys
      National Security Section
      United States Attorney's Office
      555 4th Street, NW
      Washington, D.C. 20001

      Bernard S. Grimm, Esq.
      503 D Street, NW
      Suite 250
      Washington, D.C. 20001

Thomas C. Green, Esq.
Mark D. Hopson, Esq.
Juan P. Morillo, Esq.
David J. Ludlow, Esq.
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005