UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                                           )   Criminal No. 06-0249-2 (PLF)<br>)<br>MICHAEL JOHN O'KEEFE, SR., and )<br>SUNIL AGRAWAL,                              )<br>)<br>Defendants.                              )| |

ORDER

In view of the weather, it is hereby ORDERED that the hearing on the motion to compel discovery scheduled for February 14, 2007 at 9:45 a.m. is CANCELLED; and it is

FURTHER ORDERED that, in view of the representations made in the government's opposition to defendant Agrawal's motion to compel, counsel for defendant Agrawal shall on or before February 21, 2007 file a short supplemental memorandum setting forth precisely which matters are still at issue and have not been resolved through negotiations or by the government having provided relevant material. Counsel for defendant shall provide a revised proposed order along with its supplemental memorandum.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: February 13, 2007