UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Criminal No 06-CR-249(PLF) |
| MICHAEL O'KEEFE : | |

**CONSENT MOTION TO CONTINUE**

Defendant Michael O'Keefe, through counsel, respectfully moves this court to sign the attached order to reschedule the pending discovery motions hearing from March 13, 2007 to March 22, 2007 at 9:30 a.m.

As grounds for this motion, counsel would state the following;

1. Last Tuesday counsel received an electronic filing setting a hearing on the pending motion to compel for March 13, 2007. Counsel had previously set a trial in for the previous day in United States v. Anthony Johnson, in Superior Court for the District of Columbia. Consequently, counsel would be unavailable on the 13th.

2. Counsel immediately contacted the courtroom deputy who asked that counsel consult with co-counsel and government counsel find a convenient date and file a motion to continue.

3. Counsel has spoken to all parties and all have agreed to March 22, 2007 at 9:30 a.m.

4. Counsel would request that the court sign the attached order vacating the 13th of March as the next date and rescheduling it to March 22, 2007 at 9:30 a.m.

Respectfully submitted,


_____/s/_____
BERNARD S. GRIMM