UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | **Criminal No 06-CR-249(PLF)** |
| **MICHAEL O'KEEFE** : | |

### ORDER

UPON CONSIDERATION of Defendant's Consent Motion to Continue Motions Hearing; it is hereby

ORDERED this _____ day of _____ 2007, that defendant's motion is GRANTED; it is further

ORDERED that the motions hearing is now scheduled for this 22nd day of March 2007 at 9:30 a.m.

_____
THE HONORABLE PAUL L. FRIEDMAN
JUDGE, U.S. DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA