UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Criminal No 06-CR-249(PLF) |
| **MICHAEL O'KEEFE** | : | |

**MOTION TO JOIN MOTION TO COMPEL DISCOVERY**

Mr. O'Keefe, through counsel, respectfully moves for permission to join codefendant's Agrawal's February 21, 2007 Motion to Compel Discovery.

As grounds for this motion, Mr. O'Keefe would state the following:

1. Both defendants in the above-captioned case are charged in a single indictment with conspiracy to commit bribery and bribery.

2. The facts, the evidence, and the law are visually identical to each defendant.

3. Over the past 5 months counsel for codefendant Agrawal have made numerous informal discovery requests. Most of the disputed discovery pertains to requests for documents. Mr. O'Keefe submits that those documents identified in codefendant Agrawal's attached Exhibit 1 are material to the preparation of Mr. O'Keefe's defense.

4. In particular

   1(b)

   1(c)

   No. 3(b)

   3(d)

   3(e)

    5.    These documents are material to the preparation of Mr. O'Keefe's defense as outlined on pages 3, 4 and 5 of the codefendant's motion.

    6.    Counsel would respectfully request this court grant Mr. O'Keefe's Motion to Join codefendant Agrawal's Motion to Compel.

    Respectfully submitted,

    /s/
    BERNARD S. GRIMM