UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | **Criminal No 06-CR-249(PLF)** |
| **MICHAEL O'KEEFE** : | |

### ORDER

UPON CONSIDERATION of Defendant's Motion to Join Defendant's Agrawal's Motion to Compel; it is hereby

ORDERED that this motion is GRANTED.

_____
THE HONORABLE PAUL L. FRIEDMAN
JUDGE, U.S. DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA