IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Case No.: 06-249 (PLF) |
| | : | |
| v. | : | |
| | : | |
| MICHAEL JOHN O'KEEFE, SR. | : | |
| SUNIL AGRAWAL | : | |
| | : | |
| Defendants | : | |

### NOTICE TO THE COURT

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully submits copies of the attached letters which, along with the Court's April 27, 2007, Memorandum Opinion and Order, will be sent to the United States Department of State today in compliance with the Court's Order. Counsel for both defendants have approved of the content and language of the letters.

          Respectfully submitted,

          Jeffrey A. Taylor
          UNITED STATES ATTORNEY

By: _____
     Brenda J. Johnson
     Denise Cheung
     Assistant United States Attorneys
     National Security Section
     United States Attorney's Office
     555 4th Street, N.W. – 11th floor
     Washington, D.C. 20530
     202/307-6059 fax