

U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

May 7, 2007

June H. Kunsman
Managing Director
Visa Office
United States Department of State
2401 E Street, N.W.
L703
Washington, D.C. 20520

                Re: <u>United States v. Michael John O'Keefe, Sr. and Sunil Agrawal</u>,
                    Criminal No. 06-249 (PLF)

Dear Ms. Kunsman:

      The Honorable Paul L. Friedman of the United States District Court for the District of Columbia has ordered the government, including a number of consulates and embassies, to conduct a thorough and complete document search of six consular posts in order to provide documents and information to the defense in the above-captioned matter. A copy of the Court's Memorandum Opinion is attached to this correspondence.

      The Office of the Legal Adviser, in coordination with the Advisory Opinion Division of the Visa Office, has indicated that the requests for document searches should be coordinated through you. The embassies and consulates impacted by the Court's order are: Toronto, Canada; Ottawa, Canada; Matamoros, Mexico; Mexico City, Mexico; Nogales, Mexico; and Nuevo Laredo, Mexico.

  Please immediately transmit the attached letter and a copy of the Court's Memorandum Opinion to the addresses identified in the attached letter.

            Sincerely,

            Jeffrey A. Taylor
            United States Attorney

      By: _____
            Brenda J. Johnson
            Denise Cheung
            Assistant United States Attorneys
            National Security Section

Attachment

cc:

The Honorable Paul L. Friedman
U.S. District Court for the District of Columbia

Bernard S. Grimm, Esquire
503 D Street, N.W.
Washington, D.C. 20001

Thomas C. Green, Esquire
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005