

U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

May 7, 2007

| | |
|---|---|
| Jeffrey Tunis | Keith Powell |
| Consular Chief | Minister-Counselor for Consular Affairs |
| U.S. Consulate Toronto | U.S. Embassy Ottawa |
| P.O. Box 135 | P.O. Box 5000 |
| Lewiston, New York 14092-0135 | Ogdensburg, New York 13669 |
| | |
| William Shea | David Donahue |
| Consular Chief | Consular Chief |
| P.O. Box 9004 (Con Matamoros) | 8700 Mexico City Lane |
| Brownsville, Texas 78520-9004 | Washington, D.C. 20521-8700 |
| | |
| John Ibarra | Martha Haas |
| Consular Chief | Consular Chief |
| American Consulate Nogales | U.S. Consulate Nuevo Laredo |
| P.O. Box 1729 | P.O. Box 3089 |
| Nogales, AZ 85628 | Laredo, Texas 78040 |

      Re: <u>United States v. Michael John O'Keefe, Sr. and Sunil Agrawal</u>,
          Criminal No. 06-249 (PLF)

Dear Sirs and Madam:

    The Honorable Paul L. Friedman of the United States District Court for the District of Columbia has ordered the government to conduct a thorough and complete document search of six consular posts in order to provide documents and information to the defense in the above-captioned matter. The Order requires you to search for and produce information (set forth below) regarding Non-Immigrant Visa ("NIV") expedited visa appointments. A copy of the Court's Memorandum Opinion is attached to this correspondence.

You are receiving this letter because your embassy or consulate is one of the six posts covered by the Court's Order (*i.e.* Toronto, Canada; Ottawa, Canada; Matamoros, Mexico; Mexico City, Mexico; Nogales, Mexico; and Nuevo Laredo, Mexico). You must comply with the attached "order by conducting thorough and complete searches of both hard copy files and electronic files, in a good faith effort to uncover all responsive information in [your] 'possession, custody or control.'"

More specifically, the Court's Order provides that:

- Policies and Procedures: Each consulate must search both hard copy and electronic files (whether on-site or off-site) and produce "all written rules, policies, procedures and guidelines regarding the treatment of expedited [NIV] visa application appointments and visa application approvals" for the period from January 1, 2004, to the present.

- NIV Expedited Appointments: Each consulate must search for and produce "all memoranda, letters, e-mails, faxes, and other correspondence prepared or received by any consular officers at these posts that reflect either policy or decisions in specific cases with respect to expediting [NIV] visa appointments" from January 1, 2004, to present. Moreover, the consulate must also search for responsive documents in the hard copy and electronic files of locally engaged staff or employees, including secretaries, foreign service nationals, and non-U.S. citizens, who approve(d) or schedule(d) expedited NIV visa interview appointments or otherwise play(ed) a role in that process.

    For example, documents responsive to this request would include, but are not limited to, faxed, e-mailed, mailed, or any informal or formal documents from or on behalf of an NIV visa applicant requesting an expedited interview, any documents reflecting a response, discussion, or decision regarding that request, and any supporting paperwork. Further examples of responsive documents include, but are not limited to, internal consular e-mails reflecting discussions on expedited appointment requests; faxes, notes, or administrative records (*e.g.* blue sheets designating whether an appointment has been granted) reflecting decisions on requests for expedited NIV appointments; computer system or calendar entries by consulate secretaries reflecting a decision on an expedited interview appointment request; e-mails sent or received from accounts designated for expedited interview requests; or e-mail, notes, memoranda, cables, etc., whether formal or informal, official or unofficial, setting forth criteria for granting or denying expedited NIV visa applications.

- Tracking Systems and Data Compilations: Each consulate must also search for and provide tracking information and data compilations, including, but not limited to, formal or informal compilations or calendars, setting forth which NIV visa

applicants were granted expedited visas from January 1, 2004, to present.

The broad scope and nature of the Court's Order will also necessitate that each consulate search individual hard copy NIV visa applications in order to determine if responsive information exists. Each consulate must also conduct searches of electronic files and e-mail accounts for the information set forth above.

Please forward responsive information to June H. Kunsman, Managing Director, Visa Office, United States Department of State, 2401 E Street, N.W., L703, Washington, D.C. 20520.

Furthermore, all documents that are responsive to the Court's Order must be produced without redacting the names of corporations, organizations, and/or individuals which appear on those documents and materials.

We appreciate your prompt response to and assistance with the Court's Order. Please let us know no later than Friday, May 11, 2007, what your projected time frame is for locating and providing the requested material.

                                        Sincerely,

                                        Jeffrey A. Taylor
                                        United States Attorney

By: _____
      Brenda J. Johnson
      Denise Cheung
      Assistant United States Attorneys
      National Security Section

Attachment

cc:

The Honorable Paul L. Friedman
U.S. District Court for the District of Columbia

Bernard S. Grimm, Esquire
503 D Street, N.W.
Washington, D.C. 20001

Thomas C. Green, Esquire
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005