IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Case No.: 06-249 (PLF) |
| | : | |
| v. | : | |
| | : | |
| MICHAEL JOHN O'KEEFE, SR. | : | |
| SUNIL AGRAWAL | : | |
| | : | |
| Defendants | : | |

## JOINT MOTION FOR A CONTINUANCE

The parties in the above captioned matter respectfully submit this joint motion for a continuance of the May 15, 2007 deadline to file a scheduling order until May 23, 2007.

On April 27, 2007 the Court issued a memorandum opinion and order granting in part a motion to compel discovery. On May 4, 2007 the parties filed a joint motion for a continuance to allow the government time to determine the length of time the consulates and embassies deemed necessary to locate, review, and produce the ordered discovery. The parties requested that the trial date be continued and that a new proposed scheduling order be filed on May 15, 2007. On May 7, 2007 the government sent letters to the Department of State requesting the information and a time table on when the information could be provided. The government is still obtaining responses from the consulates and embassies regarding the volume of the discovery requested and the time frame necessary to review the documents and make them available in Washington. The parties therefore request that the Court extend the time for submitting a proposed scheduling order to be filed on May 23, 2007.

Accordingly, the parties respectfully request that the Court grant the requested

continuance to file the scheduling order.

        Respectfully submitted,

        Jeffrey A. Taylor
        UNITED STATES ATTORNEY
        D.C. Bar Number 498610


By:   _____
        Brenda J. Johnson
        Denise Cheung
        Assistant United States Attorneys
        National Security Section
        United States Attorney's Office
        555 4th Street, N.W. – 11th floor
        Washington, D.C. 20530
        (202) 353-4154
        (202) 307-2845
        202/307-6059 fax


_____
Bernard S. Grimm
LAW OFFICES OF BERNARD S. GRIMM
503 D Street, NW
Suite 250
Washington, D.C. 20001
202/ 371-0300
202/ 986-5475 fax


_____
Thomas C. Green
Mark D. Hopson
Juan P. Morillo
Matthew B. Hsu
David J. Ludlow
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, D.C. 20005
202/736-8000
202/736-8711 fax

Dated: May 15, 2007

Case 1:06-cr-00249-PLF-JMF   Document 52   Filed 05/15/2007   Page 4 of 4