IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: 06–249 (PLF) |
| | : | |
| v. | : | |
| | : | |
| MICHAEL JOHN O'KEEFE, SR. | : | |
| SUNIL AGRAWAL | : | |
| | : | |
| Defendants | : | |

**PROPOSED ORDER**

Upon consideration of the parties' Joint Motion for a Continuance, it is hereby

ORDERED that the MOTION for a Continuance is GRANTED; it is

FURTHER ORDERED that the deadline to file a scheduling order is continued until May 23, 2007.

SO ORDERED

                                                                                                                                   _____

                                                            Paul L. Friedman
                                                            United States District Judge