IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>MICHAEL JOHN O'KEEFE, SR. and )<br>SUNIL AGRAWAL, )<br>)<br>Defendants. ) | Criminal Case No 1:06-cr-00249-PLF |

**PROPOSED SCHEDULING ORDER**

Upon consideration of the parties' joint motion for a scheduling order, it is hereby

ORDERED that the following schedule will govern this action:

| **Event** | **Date / Deadline** |
|---|---|
| 1. Status conference | June 19, 2007 at 10:00 a.m. |
| 2. Government file documents <u>Ex Parte</u> for review by Court | August 6, 2007 |
| 3. Court Issues Protective Order for Discovery Documents | August 17, 2007 |
| 4. Government provides defense with documents | August 20, 2007 |
| 5. **All substantive and/or dispositive motions filed** | September 10, 2007 |
| Opposition memoranda filed | September 24, 2007 |
| Reply memoranda filed | September 28, 2007 |
| Substantive/dispositive motions hearing | October 12, 2007 |

1

6. Government shall make **disclosures under Rule 16(a)(1)(G)** of the Federal Rules of Criminal Procedure and shall deliver written summary of testimony and qualifications of any expert witness — July 9, 2007

7. Defendants shall make expert **disclosures under Rule 16(b)(1)(C)** of the Federal Rules of Criminal Procedure and shall deliver written summary of testimony and qualifications of any expert witness — July 23, 2007

8. Parties shall file with the Court brief summary of expert witness qualifications and summary of expert testimony for each proposed expert witness, not to exceed 5 pages — August 3, 2007

| | | |
|---|---|---|
| 9. | **All *in limine* (including *Daubert* motions) and other pretrial motions filed** | September 12, 2007 |
| | Opposition memoranda filed | September 25, 2007 |
| | Reply memoranda filed | October 5, 2007 |
| | *In limine* (including *Daubert* hearing, if necessary) and other pretrial motions hearing | October 11, 2007 |
| 10. | Parties shall jointly advise chambers what size jury panel they agree is appropriate and whether they would like to have oral voir dire or a written questionnaire followed by follow-up questions | October 4, 2007 |
| 11. | Government and defense shall submit proposed voir dire questions or a proposed written questionnaire (as appropriate) and proposed jury instructions to the Court, indicating any unresolvable areas of disagreement | October 15, 2007 |
| 12. | **Final pretrial conference** in Courtroom 29A to resolve all remaining pretrial matters | October 17, 2007 at 9:30 a.m. |
| 13. | **Trial begins.** Voir dire will commence beginning at 9:30 a.m. in Courtroom No. 29A, and will continue until completed. Counsel should be prepared to deliver their opening statements on the morning of October 24, 2007, beginning at 9:30 a.m. | October 23, 2007 |

SO ORDERED.

DATE: _____

PAUL L. FRIEDMAN
United States District Judge

3

DC1 893933v.1