IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-249 (PLF)** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL JOHN O'KEEFE, Sr.** | : | |
| **SUNIL AGRAWAL** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

Upon consideration of the government's Motion for a Status Hearing, it is hereby

ORDERED that the MOTION for a Status Hearing, is GRANTED; it is

FURTHER ORDERED that the parties shall appear for a STATUS HEARING in Courtroom 29 A on June 19, 2007, at 9:30 am.

SO ORDERED

_____
Paul L. Friedman
United States District Judge