**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                                    )     Criminal Case No 1:06-cr-00249-PLF<br>)<br>MICHAEL JOHN O'KEEFE, SR. and     )<br>SUNIL AGRAWAL,                              )<br>)<br>Defendants.                        ) | |

**JOINT MOTION FOR A STIPULATED
PROTECTIVE ORDER**

The United States of America, by and through the United States Attorney for the District of Columbia, and Defendant Michael John O'Keefe, Sr., and Defendant Sunil Agrawal, through undersigned counsel, hereby stipulate and agree that the attached Protective Order should be issued by the Court to facilitate and regulate the disclosure and use of certain documents that the government is required to produce pursuant to the Court's April 27, 2007 Memorandum Opinion and Order.

Accordingly, the parties respectfully move the Court to enter the attached Protective Order.


Dated: June 29, 2007            Respectfully submitted,

                                              _____/s/_____
                                              Brenda J. Johnson
                                              Denise Cheung
                                              U.S. ATTORNEY'S OFFICE
                                              555 Fourth Street, NW
                                              Room 11-441
                                              Washington, DC 20530
                                              (202) 353-4154
                                              (202) 307-6059 (fax)

                                                _____/s/_____
Thomas C. Green (D.C. Bar #14998)
Mark D. Hopson (D.C. Bar #394338)
Juan P. Morillo (D.C. Bar #475196)
David J. Ludlow (D.C. Bar #489136)
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000
(202) 736-8711 (fax)
*Counsel for Defendant Sunil Agrawal*


                          _____/s/_____
Bernard S. Grimm
LAW OFFICES OF BERNARD S. GRIMM
503 D Street, NW
Suite 250
Washington, DC 20001
(202) 371-0300
(202) 986-5475 (fax)
*Counsel for Defendant Michael John O'Keefe*