## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No 1:06-cr-00249-PLF |
| ) | |
| MICHAEL JOHN O'KEEFE, SR. and ) | |
| SUNIL AGRAWAL, ) | |
| ) | |
| Defendants. ) | |

### PROPOSED ORDER GRANTING LEAVE
### TO TAKE FOREIGN DISCOVERY AND
### FOR ISSUANCE OF LETTER ROGATORY

Upon consideration of Defendants' Motion For Leave to Take Foreign Discovery and for Issuance of a Letter Rogatory, and any opposition thereto, it is hereby

ORDERED that the Motion For Leave to Take Foreign Discovery and for Issuance of a Letter Rogatory is GRANTED; it is

FURTHER ORDERED that the Court shall issue and sign a letter rogatory, bearing the Court's seal, which shall be supplied to Ogilvy Renault, LLP, the Canadian law firm retained by Sidley Austin LLP and authorized to make the appropriate discovery applications to the Ontario Superior Court of Justice on behalf of this Court.

SO ORDERED.


Dated:_____, 2007

_____
PAUL L. FRIEDMAN
United States District Judge