## CANADIAN CITIZEN WITNESSES

| Name | Position | Last Known Residential Address | Anticipated Sphere of Knowledge |
|---|---|---|---|
| Jane Boyd | Assistant to Non-Immigrant Visa Chief, U.S. Consulate in Toronto, Canada | 1121 Sandhurst Circle, Unit 30 Toronto, Ontario, M1V 1V4 | Assisted and/or handled and/or processed expedited appointment requests at the U.S. Consulate in Toronto. Specifically, among other things, Ms. Boyd worked on expedited appointment requests from law firms and attorneys made on behalf of clients. Many of these cases involved celebrity or VIP-type clients. The government has acknowledged that Ms. Boyd had a main role in the expedited appointment process. |
| Althea Brathwaite | Senior Non-Immigrant Visa Foreign Service National, U.S. Consulate in Toronto, Canada | 176 Bob O'Link Ave Concord, Ontario, L4K 1H2 | Assisted and/or handled and/or processed expedited appointment requests at the U.S. Consulate in Toronto. In particular, among other things, Ms. Brathwaite is the senior Canadian assistant on the staff and worked closely with Michael Schimmel. She administered many day-to-day aspects of the consulate under Mr. Schimmel and Mr. O'Keefe, including supervising the other Canadian citizen employees. Ms. Brathwaite could grant expedited appointments unilaterally like Ms. Hayes. |
| Maribel Ebona | Non-Immigrant Visa Receptionist and Information Specialist, U.S. Consulate in Toronto, Canada | 120 Raglan Ave, Apt. 407 Toronto, Ontario, M6C 2L4 | Assisted and/or handled and/or processed expedited appointment requests at the U.S. Consulate in Toronto. Specifically, among other things, Ms. Ebona handled "walk-in" cases requesting emergency or expedited appointments, which would occur nearly every day. Ms. Ebona also handled other expedited requests that came through the consulate and regularly conferred with Mr. Schimmel and Mr. O'Keefe regarding requests. |
| Patricia Haye | Non-Immigrant Visa Secretary, U.S. Consulate in Toronto, Canada | 1 Beachpoint Blvd Brampton, Ontario, L7A 2H3 | Assisted and/or handled and/or processed expedited appointment requests at the U.S. Consulate in Toronto. The government has acknowledged that Ms. Haye unilaterally approved expedited appointments. In addition, Ms. Haye was responsible for administering the expedited appointment system and would, among other things, review appointment requests, unilaterally grant appointment requests, confer with Mr. Schimmel and Mr. O'Keefe regarding appointment requests, and communicate to visa holders regarding the status of their request. |