IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-249 (PLF)** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL JOHN O'KEEFE, Sr. and** | : | |
| **SUNIL AGRAWAL,** | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Upon careful consideration of the defendants's motion for leave to take foreign discovery and for issuance of a letter rogatory and the government's Opposition thereto, the Court hereby

ORDERS that the Joint Motion for Leave to Take Foreign Discovery and for Issuance of a Letter Rogatory is Denied.

SO ORDERED, this _____ day of _____, 2007.

_____
THE HONORABLE PAUL L. FRIEDMAN
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Serve:  Brenda J. Johnson                    Thomas C. Green, Esq.
        Denise Cheung                        Mark D. Hopson, Esq.
        Assistant United States Attorneys    Juan P. Morillo, Esq.
        National Security Section            David J. Ludlow, Esq.
        United States Attorney's Office      Sidley Austin LLP
        555 4th Street, NW                   1501 K Street, N.W.
        Washington, D.C. 20001               Washington, D.C. 20005

        Bernard S. Grimm, Esq.
        503 D Street, NW
        Suite 250
        Washington, D.C. 20001