**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-249 (PLF/JMF)** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL JOHN O'KEEFE, Sr.** and | : | |
| **SUNIL AGRAWAL,** | : | |
| | : | **UNDER SEAL** |
| Defendants. | : | |

**NOTICE OF FILING**

The United States of America, by and through the United States Attorney for the District of Columbia, is providing notice to the Court through the electronic filing system that on September 19, 2007, the government filed an opposition under seal with the Clerk's office.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar Number 498610

By: _____

DENISE CHEUNG
BRENDA J. JOHNSON
Assistant United States Attorneys
National Security Section
555 4th Street, N.W. – 11th Floor
Washington, D.C. 20530

September 19, 2007