IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 06-249 (PLF/JMF) |
| | : | |
| v. | : | |
| | : | |
| MICHAEL JOHN O'KEEFE, Sr. and | : | |
| SUNIL AGRAWAL, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Upon careful consideration of the defendants' proposed Request for International Judicial Assistance filed on September 14, 2007, and the government's Response thereto, the Court hereby

ORDERS that the defendants' proposed Request, as currently filed, is Denied; and

FURTHER ORDERS that the defendants submit a revised Request.

SO ORDERED, this _____ day of _____, 2007.

_____
THE HONORABLE JOHN M. FACCIOLA
MAGISTRATE JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

Serve:  Brenda J. Johnson                                Thomas C. Green, Esq.
       Denise Cheung                                    Mark D. Hopson, Esq.
       Assistant United States Attorneys      David J. Ludlow, Esq.
       National Security Section                 Sidley Austin LLP
       United States Attorney's Office         1501 K Street, N.W.
       555 4th Street, NW                            Washington, D.C. 20005
       Washington, D.C. 20001

       Bernard S. Grimm, Esq.
       503 D Street, NW
       Suite 250
       Washington, D.C. 20001