# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-249 (PLF/JMF)** |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL JOHN O'KEEFE, Sr. and** | : | |
| **SUNIL AGRAWAL** | : | |
| | : | |
| **Defendants.** | : | |

## JOINT PROPOSED SPEEDY TRIAL EXCLUSION WAIVER

The United States of America, by and through the United States Attorney for the District of Columbia, and Defendants Michael John O'Keefe, Sr., and Sunil Agrawal hereby submit the attached order excluding certain time from the Speedy Trial Act calculation in this case in accordance with the telephonic status conference held on September 17, 2007.

The Speedy Trial Act, 18 U.S.C. § 3161(c)(1), requires that the defendants be tried within seventy days of the filing of an indictment or their appearance before a judicial officer whichever comes first. However, 18 U.S.C. § 3161(8)(A) provides for the following exclusion in computing the time within which the defendants' trial must commence:

> Any period of delay resulting from a continuation granted by any judge on his own motion or at the request of the defendant or his counsel or at the request of the attorney for the Government, if the judge granted such continuance on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. No such period of delay resulting from a continuance granted by the court in accordance with this paragraph shall be excludable under this subsection unless the court sets forth . . . its reasons for finding that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.

As discussed during the September 17, 2007, status conference, counsel for the defendants will not currently be available for trial until August, 2008. Moreover, counsel for the defendants need

to review a large amount of pretrial discovery and to adequately prepare for trial. The defendants have both agreed to waive their speedy trial rights until August 1, 2008, the date discussed at the status conference. Consequently, it would be in the interest of justice to exclude the time until August 1, 2008, from the Speedy Trial Act calculation.

In addition, pursuant to Federal Rule of Criminal Procedure 43(b)(3), the government will not require the presence of the defendants at hearings or conferences involving only questions of law that may be held during the waiver period. Moreover, the defendants also expressly waive their rights to be present at any hearing or conference involving only questions of law that may be held during the waiver period.

WHEREFORE, the parties respectfully submit the attached order excluding certain time from the Speedy Trial Act calculation and allowing the defendants not to be present at hearings or conferences involving only questions of law that may be held during the waiver period.

Respectfully submitted,

_____/s/_____  
Brenda J. Johnson  
Assistant United States Attorney

___/s/_____  
Bernard S. Grimm, Esquire  
Counsel for Michael John O'Keefe, Sr.

_____/s/_____  
Denise Cheung  
Assistant United States Attorney

____/s/_____  
Thomas C. Green, Esquire  
Mark D. Hopson, Esquire  
David James Ludlow, Esquire  
Counsel for Sunil Agrawal