**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) )  ) |
| v. | ) Criminal Case No 1:06-cr-00249-PLF/JMF ) |
| MICHAEL JOHN O'KEEFE, SR. and SUNIL AGRAWAL, | ) ) ) |
| Defendants. | ) ) |

**PROPOSED ORDER**

Upon consideration of Defendants' Joint Motion to Compel, it is hereby

ORDERED that Defendants' Joint Motion to Compel is GRANTED; it is

FURTHER ORDERED that the government shall provide Defendants with specific and detailed information regarding each consulate's or embassy's efforts to comply with the Court's April 27, 2007 Memorandum Opinion and Order; it is

FURTHER ORDERED that each consulate or embassy subject to the Court's April 27, 2007 Order shall provide Defendants with information regarding the following aspects of its document searches within business five days from the date of this Order:

- A production chart or index by Bates number that identifies custodianship, custodian title, and source of all produced documents.

- The name, title, and role of each current or former employee whose files were searched in order to respond to the Court's April 27 Order, and a complete description of all hardcopy and electronic sources searched for responsive documents for each custodian (and/or for each general consulate or archived file location).

- A description how each source was searched and who conducted the searches (*e.g.*, self-collection, keyword searches, document reviewer, etc.); it is

FURTHER ORDERED that within 15 days of this Order each consulate or embassy subject to the Court's April 27, 2007 Order, through counsel, shall provide Defendants with all unproduced responsive documents.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DC1 1034388v.4