

U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

Judiciary Center
555 Fourth St., NW.
Washington, D.C. 20530

September 20, 2007

HAND DELIVERY

Bernard S. Grimm, Esquire
503 D Street, N.W.
Suite 250
Washington, D.C. 20001

Thomas C. Green, Esquire
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005

Re: United States v. Michael John O'Keefe, Sr. and Sunil Agrawal,
Criminal No. 06-249 (PLF)

Dear Mr. Grimm and Mr. Green:

This letter is to provide you with additional responsive materials pursuant the Court's April 27, 2007, memorandum opinion and order and subject to the July 3, 2007, protective order. All materials provided herein are subject to the protective order and are hereby so designated.

As previously relayed to you, in response to the issue you raised regarding the results of electronic searches conducted in Toronto, Canada, the government discovered that the following information had never been turned over to the parties. Consequently, the following documents from Toronto, Canada are attached in electronic format and labeled TOR_0015944 through TOR_0020200.

In response to the issues raised regarding pages from the Nogales, Mexico and Mexico City, Mexico electronic document productions, the government has re-run the programs to recapture existing data. The government will provide you with this data in a later production.

Sincerely,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By: Denise Cheung
Brenda J. Johnson
Assistant United States Attorneys
National Security Section

Attachment