**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-249-01 (PLF)** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL JOHN O'KEEFE, Sr.** and | : | |
| **SUNIL AGRAWAL,** | : | |
| | : | |
| Defendants. | : | |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO**
**RESPOND TO DEFENDANTS' JOINT MOTION TO COMPEL**

    The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves for seven additional days in which to respond to Defendants' Joint Motion to Compel to provide the defense with certain additional information regarding the documents produced by the government in response to the April 27, 2007, Order. In support of this motion, the government states the following:

    On Tuesday, October 9, 2007, the defendants filed their Joint Motion to Compel. Under Rule 47(b) of the Rules of the United States District Court for the District of Columbia, the government is mandated to file any opposition within 11 days of that date, which would be Friday, October 19, 2007. The government respectfully requests an additional 7 days – until Friday, October 26, 2007, in which to respond to the defendants' joint motion.

    The defendants' motion makes a number of allegations regarding the government's compliance with the Court's April 27, 2007, Order. The government is in the process of gathering information in order to respond to the defendants' motion. However, the government counsel most knowledgeable about the document production will be out of the country from October 14, 2007 through October 19, 2007. Similarly, the point of contact at the Department of

State regarding the document production has been out of the office this entire week. In order to provide the most meaningful response as possible, the government respectfully requests additional time in which to file its response.

Counsel for Defendant O'Keefe has stated that he has no objection to the granting of the extension of time. The government left a message for counsel for Defendant Agrawal but has not had the opportunity to learn counsel's position regarding the government's motion for extension of time.

WHEREFORE, for the foregoing reasons, the United States respectfully requests that the government be given until October 26, 2007, to respond to the defendants' joint motion to compel.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney
        D.C. Bar Number 498610

By:     /s/
        BRENDA J. JOHNSON
        DENISE CHEUNG
        Assistant United States Attorneys
        National Security Section
        555 4th Street, N.W. – 11th Floor
        Washington, D.C. 20530