IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-249 (PLF)** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL JOHN O'KEEFE, Sr.** and | : | |
| **SUNIL AGRAWAL,** | : | |
| | : | |
| Defendants. | : | |

## ORDER

Upon consideration of the government's motion for extension of time to respond to Defendants' Joint Motion to Compel, and any arguments thereupon, the Court hereby

ORDERS that the Government's Motion for Extension of Time is Granted, and the government shall have until October 26, 2007, to respond to Defendants' motion.

SO ORDERED, this _____ day of _____, 2007.

_____
THE HONORABLE PAUL L. FRIEDMAN
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Serve:  Brenda J. Johnson                         Thomas C. Green, Esq.
        Denise Cheung                             Mark D. Hopson, Esq.
        Assistant United States Attorneys         David J. Ludlow, Esq.
        National Security Section                 Sidley Austin LLP
        United States Attorney's Office           1501 K Street, N.W.
        555 4th Street, NW                        Washington, D.C. 20005
        Washington, D.C. 20001

        Bernard S. Grimm, Esq.
        503 D Street, NW
        Suite 250
        Washington, D.C. 20001