IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. CR-06-0249 (PLF)** |
| : | |
| **v.** : | |
| : | |
| **MICHAEL JOHN O'KEEFE, Sr.,** : | |
| **SUNIL AGRAWAL,** : | |
| : | |
| **Defendants** : | |

**ORDER**

Upon careful consideration of the defendants' motion to compel discovery and the government's Opposition thereto, and arguments thereupon, the Court hereby

ORDERS that the Motion to Compel Discovery is Denied.

SO ORDERED, this _____ day of _____, 2007.

_____
THE HONORABLE PAUL L. FRIEDMAN
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Serve:  Brenda J. Johnson                      Thomas C. Green, Esq.
        Denise Cheung                           Mark D. Hopson, Esq.
        Assistant United States Attorneys       Juan P. Morillo, Esq.
        National Security Section               David J. Ludlow, Esq.
        United States Attorney's Office         Sidley Austin LLP
        555 4th Street, NW                      1501 K Street, N.W.
        Washington, D.C. 20001                  Washington, D.C. 20005

        Bernard S. Grimm, Esq.
        503 D Street, NW
        Suite 250
        Washington, D.C. 20001