UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal No. 06-0249 (PLF) |
| MICHAEL JOHN O'KEEFE, SR., and SUNIL AGRAWAL, | ) ) ) ) | |
| Defendants. | ) ) | |

REFERRAL ORDER

The defendants have filed a joint motion to compel [75]. Much of the dispute centers around the government's execution of electronic data searches and discovery required by the Court's Memorandum Opinion and Order of April 27, 2007. See United States v. O'Keefe, 2007 WL 1239204 (D.D.C. April 27, 2007) (granting defendants' motion to compel under Rule 16 of the Federal Rules of Criminal Procedure). The Court previously referred a different discovery motion in this case to Magistrate Judge Facciola. It is hereby

ORDERED that this matter is referred to Magistrate Judge John M. Facciola for the management of discovery in this case, including the pending motion to compel. Therefore, on any filing related to discovery the parties shall place the initials of Judge Paul L. Friedman and the initials of the magistrate judge following the case number in the caption.

On any other filings in this case, the parties shall place only the initials of Judge Paul L. Friedman after the case number.

        SO ORDERED.

                                                \_\_\_\_\_/s/_____
                                                PAUL L. FRIEDMAN
                                                United States District Judge

DATE: November 7, 2007