**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. CR-06-0249 (PLF/JMF)** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL JOHN O'KEEFE, Sr.,** | : | |
| **SUNIL AGRAWAL,** | : | |
| | : | |
| **Defendants** | : | |

**GOVERNMENT'S MOTION TO SCHEDULE A HEARING ON DEFENDANTS'
JOINT MOTION TO COMPEL DISCOVERY**

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully requests a hearing before the Court on Defendants Michael John O'Keefe, Sr., and Sunil Agrawal's October 9, 2007, joint motion to compel discovery. The government filed an opposition to the motion on October 26, 2007, and the defendants filed a reply to the government's opposition on November 2, 2007. In light of the issues raised in the pleadings, the government believes that a hearing on the matter may be of assistance to the Court in ruling on the motion.

Counsel for Defendant O'Keefe has stated that he has no objection to the scheduling of such a hearing. The government left a message for counsel for Defendant Agrawal but has not had the opportunity to learn counsel's position regarding the government's motion.

WHEREFORE, the United States respectfully requests that a hearing be set on the defendants' joint motion to compel so that arguments may be heard.

>Respectfully submitted,
>
>JEFFREY A. TAYLOR
>United States Attorney
>D.C. Bar Number 498610

By:    /s/
>BRENDA J. JOHNSON
>(202) 353-4154
>Brenda.Johnson@usdoj.gov
>DENISE CHEUNG
>(202) 307-2845
>Denise.Cheung@usdoj.gov
>Assistant United States Attorneys
>National Security Section
>555 4th Street, N.W. – 11th Floor
>Washington, D.C. 20530