IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. CR-06-0249 (PLF/JMF) |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL JOHN O'KEEFE, Sr.,** | : | |
| **SUNIL AGRAWAL,** | : | |
| | : | |
| **Defendants** | : | |

**ORDER**

Upon consideration of the government's motion to schedule a hearing on the defendants' joint motion to compel discovery, the Court hereby

ORDERS that a hearing on the matter is hereby scheduled for the _____ day of _____, 2007.

SO ORDERED, this _____ day of _____, 2007.

_____
THE HONORABLE JOHN M. FACCIOLA
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Serve:  Brenda J. Johnson
       Denise Cheung
       Assistant United States Attorneys
       National Security Section
       United States Attorney's Office
       555 4th Street, NW
       Washington, D.C. 20001

Thomas C. Green, Esq.
Mark D. Hopson, Esq.
David J. Ludlow, Esq.
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005

Bernard S. Grimm, Esq.
503 D Street, NW
Suite 250
Washington, D.C. 20001