IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. CR-06-0249 (PLF)** |
| : | |
| **v.** : | |
| : | |
| **MICHAEL JOHN O'KEEFE, Sr.,** : | |
| **SUNIL AGRAWAL,** : | |
| : | |
| **Defendants** : | |

**ORDER**

Upon careful consideration of Defendant Sunil Agrawal's Motion to Dismiss and the government's Opposition thereto, the Court hereby

ORDERS that the Motion to Dismiss is DENIED.

SO ORDERED, this _____ day of _____, 2007.

_____
THE HONORABLE PAUL L. FRIEDMAN
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Serve:  Brenda J. Johnson
       Denise Cheung
       Assistant United States Attorneys
       National Security Section
       United States Attorney's Office
       555 4th Street, NW
       Washington, D.C. 20001

       Bernard S. Grimm, Esq.
       503 D Street, NW
       Suite 250
       Washington, D.C. 20001

Thomas C. Green, Esq.
Mark D. Hopson, Esq.
David J. Ludlow, Esq.
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005