UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 06-249-01 (PLF) |
| | : |
| MICHAEL JOHN O'KEEFE, SR. | : |
| | : |
| Defendant. | : |
| | : |

**NOTICE**

Undersigned counsel submits notice of his change of address to the Court and the Parties in this matter.

Respectfully submitted,

_____/s/_____
BERNARD S. GRIMM
Cozen O'Connor
The Army and Navy Club Building
1627 I Street, NW
Suite 1100
Washington, D.C. 20006
Telephone (202) 912-4800
Facsimile 877-260-9435
Email: BGrimm@cozen.com