IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> MICHAEL JOHN O'KEEFE, SR. and <br> SUNIL AGRAWAL, <br><br> Defendants. | ) <br> ) <br> ) <br> ) Criminal Case No 1:06-cr-00249-PLF/JMF <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION FOR HEARING ON MR. AGRAWAL'S
MOTION TO DISMISS THE GOVERNMENT'S
CONSTRUCTIVE AMENDMENT OF THE INDICTMENT**

Pursuant to Local Rule of Criminal Procedure 47(f), Sunil Agrawal, through counsel, respectfully requests that the Court schedule an oral hearing on March 11, 2008 to consider Mr. Agrawal's Motion to Dismiss the Government's Constructive Amendment of the Indictment. Counsel for Mr. Agrawal has confirmed with the Courtroom deputy, counsel for Mr. O'Keefe, and counsel for the government that a hearing on March 11, 2008 will accommodate the Court's and all the parties' schedules. Counsel for Mr. O'Keefe and the government have also indicated that they do not oppose Mr. Agrawal's request for a hearing. WHEREFORE, Mr. Agrawal respectfully requests that the Court grant this motion and schedule an oral hearing on March 11, 2008.

Dated: February 20, 2007                Respectfully submitted


                                        _____/s/_____
                                        Thomas C. Green (D.C. Bar #14998)
                                        Mark D. Hopson (D.C. Bar #394338)
                                        David J. Ludlow (D.C. Bar #489136)
                                        SIDLEY AUSTIN LLP
                                        1501 K Street, NW
                                        Washington, DC 20005