UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

      **v.**                                                                              Cr. No. 06-249 (PLF/JMF)

**MICHAEL JOHN O'KEEFE, SR.,**
**SUNIL AGRAWAL,**

      **Defendants.**

## ORDER

In accordance with the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** that defendants' counsel and government's counsel shall meet within ten business days of this Order. Defendants will produce for the government's inspection all documents that they claim cannot be identified on their faces by author, recipient (if any), date of creation, and consulate location. The parties shall then attempt to arrive in good faith at a stipulation as to the author, recipient (if any), date of each such document, and where the document was found. Defendants shall have the obligation to memorialize each stipulation agreed to by the parties by marking it with a Bates number so that there will ultimately be created a joint index as to these documents. Such an index would be formatted as follows:

| Bates Number | Author | Author's Title[1] | Recipient (if any) | Date of Creation | Location of Document |
|---|---|---|---|---|---|
| JEX 1 | John Smith | Assistant to the Visa Unit Chief | Betty Brown | 2/2/2005 | Toronto Consulate / Office of Betty Brown / File Cabinet/ Folder Labeled Expedited Appointment Correspondence |

---

[1] If the role of the author is not obvious from the author's title, a description of the author's role within the Consulate shall be provided.

If the government insists that the document is self-identifying and defendants disagree, the document shall be put to one aside and I will resolve the controversy. It is further, hereby,

**ORDERED** that within ten business days of this Order, the government file a supplemental declaration from Ms. Petrovich as to why she did not search the workspace files of the 24 persons whose electronic files she searched. Within twenty-one business days of this Order, the government must provide declarations from representatives of the other consulates that were searched indicating how the search was conducted. These declarations should be in the same detail as Ms. Petrovich provided as to Toronto. It is further, hereby,

**ORDERED** that if defendants intend to charge the government with destroying information that they were obliged to preserve and produce pursuant to Judge Friedman's order or the due process clause itself, they must so move within 21 business days of this opinion. It is further, hereby,

**ORDERED** within ten business days of this Order, that defendants secure a stipulation from the government that the electronically stored information will be preserved in its native form with metadata. If the government refuses, defendants must then move the Court within ten business days to compel the government to do so, upon a showing that the government's production of the electronically stored information in PDF or TIFF format is not "reasonably usable" and that the native format, with accompanying metadata, meet the criteria of "reasonably usable" whereas the PDF or TIFF formats do not. If defendants so move, the government shall preserve the electronically stored

information in its native format with metadata until the Court rules on defendants' motion. It is further, hereby,

**ORDERED** that if defendants are going to contend that the search terms used by the government were insufficient, they shall have to specifically so contend in a motion to compel filed within twenty-one business days of this Order. Furthermore, it is, hereby,

**ORDERED** that if the government has not yet searched all other consulates besides the one in Toronto, the parties shall contact chambers within the next ten business days to set a date to appear before me to create a protocol for their search so that the problems the parties have confronted in the search of the Toronto consulate can be avoided. Finally, it is, hereby,

**ORDERED** that defendants' Joint Motion to Compel [#75] is **GRANTED in part and DENIED in part.**

**SO ORDERED.**

Dated: February 19, 2008

_____/S/_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE