# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-249 (PLF/JMF)** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL JOHN O'KEEFE, Sr. and** | : | |
| **SUNIL AGRAWAL,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF FILING OF DECLARATION OF PEGGY L. PETROVICH

The United States of America, by and through the United States Attorney for the District of Columbia, hereby provides notice to the Court of the filing of the declaration of Peggy L. Petrovich, attached to this pleading as Attachment A, in accordance with the February 19, 2008, Order of the Honorable John M. Facciola.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar Number 498610

By:    _____/s/_____
DENISE CHEUNG
Assistant United States Attorney
D.C. Bar Number 451714
National Security Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-2845
denise.cheung@usdoj.gov

March 4, 2008