IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 06-249 (PLF/JMF) |
| | : | |
| v. | : | |
| | : | |
| MICHAEL JOHN O'KEEFE, Sr. and | : | |
| SUNIL AGRAWAL | : | |
| | : | |
| Defendants. | : | |

## JOINT NOTICE

The United States of America, by and through the United States Attorney for the District of Columbia, and Defendants Michael John O'Keefe, Sr., and Sunil Agrawal hereby provide notice to the Court of the parties' efforts to comply with the February 19, 2008, Order of the Honorable John M. Facciola (hereinafter "Court's Order").

On March 5, 2008, within the ten business days specified by the Court, the parties met to discuss the issue of identifying the author, recipient (if any), date of creation, and consulate location of documents. In addition, the parties discussed the issue of whether electronically stored information was, or can be, preserved in its native form with metadata.

Because these discussions are still ongoing, and the government is in the process of obtaining information related to these issues, no stipulations were reached at this time. However, the parties are continuing to engage in discussions about these issues, with the goal of entering into the stipulations specified in the Court's Order.

Respectfully submitted,

_____/s/_____  
Brenda J. Johnson  
Assistant United States Attorney

\_\_\_/s/_____  
Bernard S. Grimm, Esquire  
Counsel for Michael John O'Keefe, Sr.

_____/s/_____  
Denise Cheung  
Assistant United States Attorney

\_\_\_\_/s/_____  
Thomas C. Green, Esquire  
Mark D. Hopson, Esquire  
David James Ludlow, Esquire  
Counsel for Sunil Agrawal

Because these discussions are still ongoing, and the government is in the process of obtaining information related to these issues, no stipulations were reached at this time. However, the parties are continuing to engage in discussions about these issues, with the goal of entering into the stipulations specified in the Court's Order.

Respectfully submitted,

_____/s/_____  
Brenda J. Johnson  
Assistant United States Attorney

\_\_\_/s/_____  
Bernard S. Grimm, Esquire  
Counsel for Michael John O'Keefe, Sr.

_____/s/_____  
Denise Cheung  
Assistant United States Attorney

\_\_\_\_/s/_____  
Thomas C. Green, Esquire  
Mark D. Hopson, Esquire  
David James Ludlow, Esquire  
Counsel for Sunil Agrawal