**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. CR-06-0249 (PLF)** |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL JOHN O'KEEFE, Sr.,** | : | |
| **SUNIL AGRAWAL,** | : | |
| | : | |
| **Defendants** | : | |

**GOVERNMENT'S MOTION TO CONVERT HEARING ON DEFENDANT
AGRAWAL'S MOTION TO DISMISS THE INDICTMENT
INTO A STATUS HEARING**

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully submits this Motion to Convert the Hearing on Defendant Agrawal's Motion to Dismiss Counts of the Indictment currently scheduled for March 11, 2008, to a Status Hearing instead.

On November 17, 2007, Defendant Agrawal filed what he captioned a "Motion to Dismiss the Government's Constructive Amendment of the Indictment." As grounds for his motion, Defendant Agrawal contended that the counts set forth in the indictment only alleged that Defendant Agrawal bribed Co-Defendant Michael O'Keefe, Sr., solely to grant expedited visa interview appointments and did not set forth that Defendant Agrawal improperly granted visas or that Defendant Agrawal sought to obtain visas improperly. On November 27, 2007, the government filed a motion in opposition to Defendant Agrawal's motion, and Defendant Agrawal filed a reply on December 3, 2007. On February 20, 2008, defendant Agrawal filed an unopposed motion for a hearing on the motion. The court set the matter for a hearing on March 11, 2008.

Upon further consideration, the government believes that a hearing on the matter is not necessary at this juncture. As a preliminary matter, Defendant Agrawal's motion is premature at

this time. There has been no evidence admitted in any trial, and thus no action has occurred upon which the Court can grant relief at this stage. The government has decided, however, to seek a superseding Indictment in order to remove any alleged language ambiguity about the scope of the defendants' conduct. Once a superseding Indictment is returned, the defendant's motion will therefore also be moot.

Counsel for Defendant Agrawal has stated that his position is to proceed with the status hearing at the scheduled time as opposed to cancelling the hearing altogether.

WHEREFORE, for the foregoing reasons, the United States respectfully requests that the hearing scheduled for March 11, 2008, on Defendant Agrawal's Motion to Dismiss, be converted to a status hearing.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar Number 498610

By:
         /s/
BRENDA J. JOHNSON
(202) 353-4154
Brenda.Johnson@usdoj.gov
DENISE CHEUNG
(202) 307-2845
Denise.Cheung@usdoj.gov
Assistant United States Attorneys
National Security Section
555 4th Street, N.W. – 11th Floor
Washington, D.C. 20530