## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. CR-06-0249 (PLF) |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL JOHN O'KEEFE, Sr.,** | : | |
| **SUNIL AGRAWAL,** | : | |
| | : | |
| **Defendants** | : | |

### ORDER

Upon careful consideration of the Government's Motion to Convert Hearing on Defendant Agrawal's Motion to Dismiss the Indictment into a Status Hearing, the Court hereby

ORDERS that the Hearing on Defendant Agrawal's Motion to Dismiss the Indictment currently scheduled for 1:45 p.m. on Tuesday, March 11, 2008, is hereby converted into a status hearing.

SO ORDERED, this _____ day of _____, 2008.

_____
THE HONORABLE PAUL L. FRIEDMAN
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Serve:  Brenda J. Johnson                     Thomas C. Green, Esq.
        Denise Cheung                          Mark D. Hopson, Esq.
        Assistant United States Attorneys      David J. Ludlow, Esq.
        National Security Section              Sidley Austin LLP
        United States Attorney's Office        1501 K Street, N.W.
        555 4th Street, NW                     Washington, D.C.  20005
        Washington, D.C. 20001

        Bernard S. Grimm, Esq.
        Cozen O'Connor
        1627 I Street, NW
        Washington, D.C. 20006