IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-249 (PLF/JMF)** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL JOHN O'KEEFE, Sr. and** | : | |
| **SUNIL AGRAWAL,** | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF FILING OF DECLARATIONS**

The United States of America, by and through the United States Attorney for the District of Columbia, hereby provides notice to the Court of the filing of the declarations of the following individuals in accordance with the February 19, 2008, Order of the Honorable John M. Facciola: (1) William E. Shea, Chief, Consular Section, U.S. Consulate, Matamoros, Mexico (Attachment A); (2) John J. Ibarra, Chief, Consular Section, U.S. Consulate, Nogales, Mexico (Attachment B); (3) Kimberly C. Kelly, Chief, Consular Section, U.S. Consulate, Nuevo Laredo, Mexico (Attachment C); (4) David T. Donahue, former Minister Counselor for Consular Affairs, U.S. Mission, Mexico City, Mexico (Attachment D); and

(5) Keith Powell, II, Minister Counselor for Consular Affairs, U.S. Embassy Ottawa, Canada (Attachment E).

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney
        D.C. Bar Number 498610

By:   \s\
        BRENDA J. JOHNSON
        DENISE CHEUNG
        Assistant United States Attorneys
        National Security Section
        D.C. Bar Number 370737
        D.C. Bar Number 451714
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 353-4154
        (202) 307-2845
        brenda.johnson@usdoj.gov
        denise.cheung@usdoj.gov

March 14, 2008