IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.  )<br>)<br>MICHAEL JOHN O'KEEFE, SR. and )<br>SUNIL AGRAWAL, )<br>)<br>Defendants.  ) | Criminal Case No 1:06-cr-00249-PLF/JMF |

**AGREED TO MOTION FOR EXTENSION OF TIME TO FILE**

Defendants, though undersigned counsel, respectfully move the Court for an extension of time to file motions pursuant to the Court's February 20, 2008 Order. On March 14, 2008, counsel for defendants conferred with counsel for the government, who indicated that they agree to the relief sought in this motion.

The Court's February 20, 2008 Order set forth various filing deadlines for both the government and defendants. The parties have been working together in good faith to meet the deadlines and obligations set forth in the Court's order. For example, there has been no need to move the Court to compel a stipulation regarding the preservation of electronically stored information as set forth in the February 20, 2008 Order because the parties are cooperating and the government is actively working to secure the stipulations.

Nevertheless, as explained in the Notice filed by the government on March 5, 2008, the government has needed additional time to comply with aspects of the Court's order. As a result, defendants have not yet obtained certain information relevant to motions that may need to be filed pursuant to the Court's Order. Accordingly, at the March 5, 2008 meeting, the government proposed and agreed that defendants should have their deadlines extended

appropriately. This agreement was confirmed following the March 11, 2008 hearing and again today.

WHEREFORE, with the agreement of the government, defendants respectfully request that their deadline for filing any motions pursuant to the Court's February 20, 2008 Order which concern the Toronto consulate be extended until 21 business days <u>after</u> the government has provided defendants with a stipulation concerning the preservation of "electronically stored information … in its native form with metadata." *See* Feb. 20, 2008 Order. Defendants also reserve the right to file motions with respect to the other consulates' document productions, as appropriate, upon full completion of the government's obligations under the Court's February 20, 2008 Order.

Dated: March 14, 2007                             Respectfully submitted,

_____/s/_____
Thomas C. Green (D.C. Bar #14998)
Mark D. Hopson (D.C. Bar #394338)
David J. Ludlow (D.C. Bar #489136)
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005

*Counsel for Defendant Sunil Agrawal*

_____/s/_____                    _____/s/_____
Brenda J. Johnson                                              Bernard S. Grimm
Denise Cheung                                                  COZEN O'CONNER
U.S Attorney's Office                                          The Army and Navy Building
555 Fourth Street, NW                                          1627 I Street, N.W. Suite 1100
Room 11-441                                                    Washington, D.C. 20006
Washington, D.C. 20530                                         *Counsel for Defendant Michael John O'Keefe*