### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No 1:06-cr-00249-PLF/JMF |
| ) | |
| MICHAEL JOHN O'KEEFE, SR. and ) | |
| SUNIL AGRAWAL, ) | |
| ) | |
| Defendants. ) | |

## AGREED TO ORDER

Upon consideration of the Agreed To Motion for Extension of Time to File, it is hereby

ORDERED that the Agreed To Motion for Extension of Time to File is GRANTED; it is

FURTHER ORDERED that defendants shall have 21 business days <u>after</u> the government has provided defendants with a stipulation concerning the preservation of "electronically stored information … in its native form with metadata" to file any motions pursuant to the Court's February 20, 2008 Order concerning the Toronto consulate; it is

FURTHER ORDERED that defendants may file, as appropriate, additional motions concerning other consulates' document productions upon full completion of the government's obligations under the Court's February 20, 2008 Order.

SO ORDERED.

_____
JOHN M. FACCIOLA
United States District Court Magistrate Judge