## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**

**Grand Jury Sworn in on November 15, 2007**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 06-CR-00249 (PLF)** |
| **v.** | |
| **MICHAEL JOHN O'KEEFE, Sr.,** : | **VIOLATIONS:** |
| **SUNIL AGRAWAL** : | |
| : | **18 U.S.C. § 371** |
| **Defendants.** : | **(Conspiracy)** |
| | |
| | **18 U.S.C. § 201(b)(1) and (2)** |
| | **(Bribery)** |
| . | |
| : | **18 U.S.C. § 2** |
| : | **(Aiding and Abetting, Causing an act to** |
| : | **be done)** |
| : | |
| : | **18 U.S.C. § 981 and 28 U.S.C. § 2461** |
| : | **(Criminal Forfeiture)** |

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

At all times material to this Indictment:

### INTRODUCTION

1.      The United States Department of State ("State Department") was an agency of the
United States, located in the District of Columbia, authorized by law to review applications by
foreign nationals, or "aliens," for visas permitting their lawful entry into the United States, and to
issue visas to qualified applicants.

2.      The visa application review and visa issuance duties of the State Department were typically delegated to consular officers assigned to United States Embassies and Consulates.

3.      The defendant **MICHAEL JOHN O'KEEFE, Sr.** was a citizen of the United States, employed by the State Department at the United States Consulate ("Consulate") in Toronto, Canada. His title was Deputy Nonimmigrant Visa ("NIV") Chief and his responsibilities included reviewing visa applications, conducting in-person interviews of visa applicants, and issuing visas when appropriate.

4.      The published policy of the Consulate in Toronto is that visa applications are only accepted from persons who have made appointments. Applicants are advised that having a visa appointment does not guarantee issuance of a visa. Appointments for visa interviews in Toronto are generally scheduled many days in advance. From July 28, 2004, through August 16, 2006, appointments for visa interviews were typically scheduled anywhere from 24 to 71 calendar days in advance.

5.      Under State Department regulations and guidance on prohibited conflicts of interest, defendant **MICHAEL JOHN O'KEEFE, Sr.** had a duty to refrain from accepting things of value from persons with an interest in the issuance of visas by him, as well as a duty to refrain from issuing visas to persons that he knew or with whom he had a personal relationship.

6.      STS Jewels, Inc., is an international manufacturer and distributor of semi-precious gems. Jewel Gem USA Inc. is a subsidiary of STS Jewels.

7.      Defendant **SUNIL AGRAWAL** is an Indian national holding lawful permanent residence status in the United States and is the chief executive officer of STS Jewels. Defendant **SUNIL AGRAWAL** sponsored employees for visas to support operations of STS Jewels in the

United States.

THE CONSPIRACY

8.      Beginning on or before February 1, 2004, and continuing through August 18,

2006, in Toronto, Canada, New York, Las Vegas and elsewhere, within the extraterritorial

jurisdiction of the United States and pursuant to Title 18, United States Code, Section 3238,

within the venue of the United States District Court for the District of Columbia, defendant

**MICHAEL JOHN O'KEEFE, Sr.**, being a public official, corruptly conspired and agreed to

seek, receive, and accept, and defendant **SUNIL AGRAWAL** corruptly conspired and agreed to

give and offer things of value to influence defendant **MICHAEL JOHN O'KEEFE, Sr.** in the

performance of official acts and to induce defendant **MICHAEL JOHN O'KEEFE, Sr.** to act

and fail to act in violation of his lawful duties, that is, **AGRAWAL** gave **O'KEEFE** round-trip

airline tickets between Toronto and Las Vegas for **O'KEEFE** and three exotic dancers, hotel

accommodations and expenses in New York and Las Vegas for **O'KEEFE** and some exotic

dancers, jewelry, expensive meals, entertainment and a job reference, and in return, **O'KEEFE**

scheduled expedited interviews for and issued visas to benefit **AGRAWAL** and his business, in

violation of Title 18, United States Code, Section 201(b)(1) and (2).

OBJECTS OF THE CONSPIRACY

9.      The objects of the conspiracy were:

A.      for the defendant **MICHAEL JOHN O'KEEFE, Sr.** to receive travel, gifts, and

other personal benefits in exchange for expediting visa interview appointments and/or issuing

visas to benefit defendant **SUNIL AGRAWAL** and his business, STS Jewels.

B.      for the defendant **SUNIL AGRAWAL** to obtain expedited visa interview

appointments for his employees and persons sponsored by STS Jewels, thereby saving him, his business and his employees, time and money.

C.       for the defendant **SUNIL AGRAWAL** to obtain the issuance of visas for his employees and persons sponsored by STS Jewels, thereby saving him, his business and his employees, time and money.

MANNER AND MEANS USED TO ACCOMPLISH THE OBJECTS OF THE CONSPIRACY

10.     The conspirators would and did use the following manners and means, among others, to accomplish the objects of the conspiracy:

A.       Defendant **SUNIL AGRAWAL** communicated with defendant **MICHAEL JOHN O'KEEFE, Sr.** via facsimile, electronic communication, and other ways.

B.       Defendant **SUNIL AGRAWAL** contacted defendant **MICHAEL JOHN O'KEEFE, Sr.** and provided names of STS Jewels employees and their family members who needed appointments for visa interviews.

C.       Defendant **MICHAEL JOHN O'KEEFE, Sr.** scheduled interview appointments for persons sponsored by STS Jewels.

D.       Persons sponsored by STS Jewels appeared at the Consulate in Toronto and met with defendant **MICHAEL JOHN O'KEEFE, Sr.**

E.       Defendant **MICHAEL JOHN O'KEEFE, Sr.** ensured to the best of his ability that he, rather than any other consular officer, reviewed the documentation and conducted the personal interview of each prospective STS Jewels employee, and, in some cases, his or her family member, referred for a visa by defendant **SUNIL AGRAWAL.**

F.       Defendant **MICHAEL JOHN O'KEEFE, Sr.** issued 21 visas to persons

sponsored by STS Jewels.

G.      Defendant **MICHAEL JOHN O'KEEFE, Sr.** notified defendant **SUNIL**

**AGRAWAL** of some of the scheduling of expedited appointments for persons sponsored by STS

Jewels.

H.      Defendant **MICHAEL JOHN O'KEEFE, Sr.** notified defendant **SUNIL**

**AGRAWAL** of some of the visa issuances to persons sponsored by STS Jewels.

I.      Defendant **MICHAEL JOHN O'KEEFE, Sr.** solicited and received travel, gifts

and a job reference from defendant **SUNIL AGRAWAL.**

J.      Defendant **SUNIL AGRAWAL** promised to give and gave items of value to

defendant **MICHAEL JOHN O'KEEFE, Sr.**

OVERT ACTS

11.     In furtherance of the conspiracy and to accomplish the objects of the conspiracy,

the conspirators committed the following overt acts, among others:

Jewelry and New York Trip – Expedited Visa Issuances

(1)     On or about February 11, 2004, defendant **MICHAEL JOHN O'KEEFE, Sr.**

issued a visa to R.N.C., an STS Jewels employee.

(2)     Between on or about December 17, 2004, and on or about December 21, 2004,

defendant **SUNIL AGRAWAL** sent defendant **MICHAEL JOHN O'KEEFE, Sr.** the

following electronic communication: "Mike, Thanks for the mail. **The Ring** was ready on Friday

but I asked them to hold off til you are back. Thanks for your greetings. . . .Best Regards, Sunil

Agrawal". (Emphasis added)

(3)     Between on or about December 22, 2004, and on or about December 24, 2004,

-5-

defendant **SUNIL AGRAWAL** sent defendant **MICHAEL JOHN O'KEEFE, Sr.** an electronic communication informing **O'KEEFE** that he had advised his office to organize the car service to pick up **O'KEEFE** and take him to the hotel.

(4)    On or about January 4, 2005, defendant **MICHAEL JOHN O'KEEFE, Sr.** sent the following electronic communication to defendant **SUNIL AGRAWAL**:

> Sunil I just wanted to drop you a line to let you know that I have returned to Toronto.  We had a great holiday in Italy with my children. . . .A[    ], M[___] and I are looking forward to the trip to New York. . . .it will be good to see you again. Please keep in touch and let me know if there is anything I can do from this end. Mike O'Keefe.

(5)    On or about January 4, 2005, defendant **SUNIL AGRAWAL** sent defendant **MICHAEL JOHN O'KEEFE, Sr.** the following electronic communication:

> Glad to know you had a great time with family in Italy. . . .I was wondering if you ever got the candy/dry fruits basket that I had sent to the military address you had given my [sic] for your son. **Your hotel booking is confirmed in Hilton Millennium in Midtown Manhattan. Two rooms are booked in your name. The car service will be there at the airpot [sic] to take you to the hotel.** Pls call me once you reach the hotel. My cell phone number is [ ---------] and office is [--------] x319 **Your ring has been sent out today to your home address.** I think you will get it later in the week.  Look forward to seeing you in N.Y.  Best Regards, Sunil.  (Emphasis added)

(6)    On or about January 4, 2005, defendant **MICHAEL JOHN O'KEEFE, Sr.** sent the following electronic communication to defendant **SUNIL AGRAWAL**:

> Thank you Sunil.  The hotel looks great.  We never did receive the gift basket that you mention in your e-mail. . . .Thank you very much for the thought.  It was very kind of you to think of us.  I will call you when we get to the hotel.  I am really looking forward to seeing you again.  Mike O'Keefe.

(7)    On or about January 5, 2005, a facsimile addressed from defendant **SUNIL AGRAWAL** to defendant **MICHAEL JOHN O'KEEFE, Sr.** was sent to the Consulate in

-6-

Toronto with an attached letter on STS Jewels letterhead requesting an expedited visa appointment for M.D., an STS Jewels employee.

(8)     On or about January 5, 2005, defendant **MICHAEL JOHN O'KEEFE, Sr.** received a ring in Toronto, Canada sent from defendant **SUNIL AGRAWAL** from a location outside of Canada, for which **O'KEEFE** was assessed $216.82 (i.e., $262.65 in Canadian dollars) in duty and excise taxes.

(9)     On or about January 5, 2005, defendant **MICHAEL JOHN O'KEEFE, Sr.** sent the following electronic communication to defendant **SUNIL AGRAWAL**:

> Sunil, **I received the ring this afternoon** and I am very grateful for your kindness. It appears to be the same as the ring I had lost. It is now sitting on my finger and this time will stay in place. I should have asked you to send it to a U.S. address that we use as the Canadians' hit me with tax and customs duties on the ring. I had to pay $262.65 before they would give me the package. . . .We are all excited about the upcoming trip to New York. As I mentioned A[___] and M[___] have never been to NYC befor [sic]. . . . Is there anything in particular that you would like to talk about or have me talk to your employees about? . . .Thanks again for the ring. Sincerely, Mike O'Keefe. (Emphasis added)

(10)    On or about January 5, 2005, or January 6, 2005, defendant **SUNIL AGRAWAL** sent defendant **MICHAEL JOHN O'KEEFE, Sr.** the following electronic communication:

> Mike, While I am glad you like the ring, sorry to hear that you had to pay so much amount for the duty etc. I could have given this ring to you while you were in New York. Looking forward to see you and your colleagues in New York. I was not planning on having you give a speech, but if you would like to give any msg to our team here, I would be happy to organize. **I had sent a fax yesterday to Toronto consulate for your attention seeking an early appointment for H1B stamp** on our employee- Mr. M[___] D[___]. **I would appreciate if you could give us appointment before your New York visit.** Thanks and Regards Sunil. (Emphasis added)

(11)    On or about January 6, 2005, defendant **MICHAEL JOHN O'KEEFE, Sr.** sent the following electronic communication to defendant **SUNIL AGRAWAL**:

Sunil, Just to let you know **your fax came in yesterday while I was home ill and as a result was refused. I pulled the case today and approved it so your people should be getting a call today telling her she can have an expedited appointment**. She can come in next week and I will see her. Just have them tell my secretary, when she calls when she wants to come in. **In the future just have someone call me and let me know that the fax is coming. I will be interviewing her and I don't foresee any problems.** Mike O'Keefe. (Emphasis added)

(12)    On or about January 6, 2005, defendant **SUNIL AGRAWAL** sent defendant

**MICHAEL JOHN O'KEEFE, Sr.** the following electronic communication:

Mike, Thanks for organizing the H1 appointment for M[___]. It is set for 9:30 AM on Wednesday the 12th of Jan. I was wondering what kind of broadway show you would like to see?. . .I am scheduling the dinner and show on Friday, the day of your arrival in New York, Sunil.

(13)    On or about January 6, 2005, defendant **MICHAEL JOHN O'KEEFE, Sr.** sent

defendant **SUNIL AGRAWAL** an electronic communication indicating that he would interview

M[___] on the12th and that a musical would be best, "something that appeals to the twenty

something group. . . ."

(14)    On or about January 12, 2005, defendant **MICHAEL JOHN O'KEEFE, Sr.**

issued a visa to M.D., an STS Jewels employee.

(15)    On or about January 12, 2005, defendant **MICHAEL JOHN O'KEEFE, Sr.** sent

defendant **SUNIL AGRAWAL** an electronic communication informing him that he had just

issued the visa to M.D. and that M.D. would be getting his passport back that afternoon and be

on his way and that he was looking forward to seeing **AGRAWAL** the next week.

(16)    On or about January 12, 2005, defendant **SUNIL AGRAWAL** sent defendant

**MICHAEL JOHN O'KEEFE, Sr.** the following electronic communication:

Mike,   Thanks for the help. There is another appointment set for the 14th at 12

Noon for B1 NIV for P[___ ] S[___]B[___ ] from Bhatia Consultancy of Toronto. We are planning to hire this company for analyzing our group processes and propose improvements in the same. **This appointment was set by normal channels** under confirmation # 1677841. You asked me to remind about this appointment couple of days in advance. I look forward to see you in NY next week. Best Regards Sunil. (Emphasis added)

(17)    On or about January 12, 2005, defendant **MICHAEL JOHN O'KEEFE, Sr.** sent

defendant **SUNIL AGRAWAL** the following electronic communication:

Ok, but we will have to figure out a way for him to see me. A 12:00 noon appt. will usually be seen between1:00-2:00PM. I will be on the line then so have him ask to see me when he checks in with one of my assistents [sic]. I'll try to interview him. Mike.

(18)    On or about January 14, 2005, defendant **MICHAEL JOHN O'KEEFE, Sr.** sent

defendant **SUNIL AGRAWAL** an electronic communication notifying him that P.S.B.'s visa

had been approved and issued by another consular officer and that he could pick it up on Tuesday

afternoon.

(19)    On or about January 20, 2005, defendant **SUNIL AGRAWAL** sent defendant

**MICHAEL JOHN O'KEEFE, Sr.** an electronic communication outlining the plans for the

weekend including transportation, dinner and a Broadway show.

(20)    On or about January 21, 2005, defendant **MICHAEL JOHN O'KEEFE, Sr.**

traveled to New York from Toronto with A.M. and M.S., two exotic dancers, at the invitation of

defendant **SUNIL AGRAWAL.**

(21)    From on or about January 21, 2005, to on or about January 23, 2005, defendant

**SUNIL AGRAWAL** hosted and entertained defendant **MICHAEL JOHN O'KEEFE, Sr.** and

two exotic dancers, A.M. and M.S., in New York City, including accompanying them to dinner

and paying for their meals, Broadway show tickets and transportation in the city, the total value

of which was substantially in excess of $500.

(22)    On or about January 21, 2005, through on or about January 23, 2005, defendant

**SUNIL AGRAWAL** paid for hotel accommodations and expenses for defendant **MICHAEL**

**JOHN O'KEEFE, Sr.** and the hotel accommodations and expenses for the two exotic dancers,

A.M. and M.S., at the Hilton Hotel in Manhattan, in the total amount of $1370.18.

(23)    On or about January 24, 2005, defendant **MICHAEL JOHN O'KEEFE, Sr.** sent

defendant **SUNIL AGRAWAL** an electronic communication thanking him for the excellent

weekend in New York and inquiring if there was anything he could do for him.

(24)    Between January 24, 2005, and on or about March 3, 2005, defendant **SUNIL**

**AGRAWAL** requested visa interview appointments for two persons sponsored by STS Jewels.

(25)    On or about March 3, 2005, defendant **MICHAEL JOHN O'KEEFE, Sr.** sent

defendant **SUNIL AGRAWAL** the following electronic communication:

> Hi Sunil, Sorry that I couldn't get back to you earlier. Please send me a fax at [ ---
> --------] with the details and the date requested for the interview. Please have my
> name on it in bold print and say that it involves the case you had talked to me
> about. This way it should come to me and I will be able to waive the appointment
> requirement and do the case. Also let me know when you send the case so that I
> can ask the secretary about it. I still think fondly of our trip to NYC. . . .Sincerely,
> Mike O'Keefe.

(26)    On or about March 4, 2005, a letter addressed from defendant **SUNIL**

**AGRAWAL** to defendant **MICHAEL JOHN O'KEEFE, Sr.** requesting an expedited visa

appointment for N.J., an STS Jewels employee, and N.J.'s family member, S.J., was sent via

facsimile to the Consulate in Toronto.

(27)    On or about March 10, 2005, defendant **MICHAEL JOHN O'KEEFE, Sr.**

issued visas to N.J. and S.J., respectively, an STS Jewels employee and his family member

sponsored by STS Jewels.

(28)    On or about May 31, 2005, a consular officer at the Consulate in Toronto was in the process of interviewing P.S.B., S.K.B. and I.S.B, respectively, an STS Jewels employee and his family members. The consular officer was in the process of notifying the family that it would be denying their visas on that day pending an additional inquiry when defendant **MICHAEL JOHN O'KEEFE, Sr.** appeared and stated that he would be taking over the adjudication of the visas, which he did.

(29)    On or about May 31, 2005, defendant **MICHAEL JOHN O'KEEFE, Sr.** issued visas to P.S.B., S.K.B. and I.S.B, respectively, an STS Jewels employee and his family members sponsored by STS Jewels.

Employment Reference – Expedited Visa Issuances

(30)    On or about July 19, 2005, defendant **MICHAEL JOHN O'KEEFE, Sr.** sent defendant **SUNIL AGRAWAL** an electronic communication informing him that he included his name as a reference on his resume in applying for a job and asked for any help that **AGRAWAL** could provide.

(31)    Between July 19, 2005, and on or about August 17, 2005, defendant **SUNIL AGRAWAL**, sent the following electronic communication to defendant **MICHAEL JOHN O'KEEFE, Sr.**:

> Mike, **Thanks for your note and offer to help with other H-1's that we will be needing. I would be more than happy to give positive reference** to Southern New Hampshire University. I hope that the process goes through smoothly as you seem stressed out with this position. I was wondering if there are other more relaxing positions within Government that will give you a good job satisfaction? You are such an experienced and capable diplomat that US government should do their best not to lose. Visa issues can stressful, specially with so many new

-11-

regulations and restrictions people tend to lose their cools.  Add to that such issues as Al-Queda.[sic] **Thanks for vouching for STS.  I hope to be your host for Vegas show in June.  We would be happy to sponsor A[___] and M[___] too.** They are such a wonderful company.  Best Regards, Sunil P.S.  **I was wondering if the H-1 that has already been approved but is valid from October 1st can be stamped earlier?**

(32)    On or about July 27, 2005, a facsimile addressed from defendant **SUNIL AGRAWAL** to defendant **MICHAEL JOHN O'KEEFE, Sr.** was sent to the Consulate in Toronto requesting an expedited visa appointment for P.K.S., R.S. and S.S., respectively, STS Jewels employees and a family member sponsored by STS Jewels.

(33)    On or about August 17, 2005, defendant **MICHAEL JOHN O'KEEFE, Sr.** issued visas to P.K.S., R.S. and S.S, respectively, STS Jewels employees and a family member sponsored by STS Jewels.

(34)    On or about August 25, 2005, defendant **SUNIL AGRAWAL**, sent the following electronic communication to defendant **MICHAEL JOHN O'KEEFE, Sr.:**

Mike, Hope all is well with you.  **I thank you for granting H-1 visa stamp to my manager - [P.K.S]** and his family.  **The waiting time in India for such stamp is very long right now.  This also saved him and his family the hassle of traveling all the way to India.  Looking at the long waiting time and the traveling expenses, would it be possible for you to issue H-1 stamps to couple of our managers more. . . .I will definitely look forward to see you at Jewelry show of Vegas next year.**  Best Regards Sunil Agrawal.

(35)    On or about August 28, 2005, defendant **MICHAEL JOHN O'KEEFE, Sr.** sent defendant **SUNIL AGRAWAL** the following electronic communication:

Sunil, I was happy to interview [PKS] and his family for the H1 visa. . . .**I will be happy to issue the visas to your other H1 holders**.  I know your company to be strong and you to be an honorable man, so I have no problem with these cases.  Just send me a fax, like the last time, and I will waive the appointment and then adjudicate the case myself. . . .I am rather stressed out over this and work.  I really need a vacation.  I have been a diplomat for 22 years and I find myself growing

tired of much of the argument over visas. The young Vice Consuls who work for me seem to be determined to find problems. They wanted to turn down one of your employees because he was in the jewelry industry and "everyone knows that al-Qaeda [sic] uses to [sic] jewelry industry to raise funds." Needless to say I overruled the decision and explained to them that major gem importers, such as STS are not being used by al-Qaeda [sic]. . . .Thank you aging [sic] for that trip to NYC. Even with the snow, spending two days with A[___] and M[___], showing them the city, really helped me to relax. Sorry I didn't mean to go on about my problems. Regarding the visas just drop me an e-mail in advance so that I know to expect a fax. I don't foresee any problems as all of your cases in the past have been clearly approvable. Keep well, Mike O'Keefe.

(36)    On or about August 30, 2005, defendant **MICHAEL JOHN O'KEEFE, Sr.** sent

defendant **SUNIL AGRAWAL** an electronic communication informing him that an H-1B visa

can only be stamped into a passport ten days in advance.

(37)    On or about August 30, 2005, defendant **MICHAEL JOHN O'KEEFE, Sr.** sent

defendant **SUNIL AGRAWAL** the following electronic communication:

Sunil, I'm not sure if you received my reply to my last message as I am having problems with this thing. For new employment, H1B visas that are dated October 1, 2005 can only be issued ten days in advance and it is possible that immigration will not let the bearer enter until October 1st. For current employees who need a renewal of the H1B, we can handle it at any time. Thanks, Mike OK.

(38)    On or about September 6, 2005, a facsimile addressed from defendant **SUNIL**

**AGRAWAL** to defendant **MICHAEL JOHN O'KEEFE, Sr.** was sent to the Consulate in

Toronto requesting expedited visa appointments for STS Jewels employees  F.Z.S., P.S.T., S.C.,

and R.V.P.

(39)    On or about September 12, 2005, defendant **MICHAEL JOHN O'KEEFE, Sr.**

issued four visas to STS Jewels employees F.Z.S., P.S.T., S.C., and R.V.P.

(40)    On or about September 12, 2005, defendant **MICHAEL JOHN O'KEEFE, Sr.**

sent defendant **SUNIL AGRAWAL** an electronic communication stating:   "Sunil, Just to let

you know, I authorized the visas for your people today. They will be picking them up tomorrow and will be back home Wednesday. Mike O'Keefe".

(41)    On or about September 30, 2005, a facsimile addressed from defendant **SUNIL AGRAWAL** to defendant **MICHAEL JOHN O'KEEFE, Sr.** was sent to the Consulate in Toronto with an attached letter on STS Jewels letterhead requesting expedited visa appointments for STS Jewels employees A.S. and P.K.P.

(42)    On or about October 6, 2005, defendant **MICHAEL JOHN O'KEEFE, Sr.** issued two visas to STS Jewels employees A.S. and P.K.P.

<u>Jewelry – Expedited Visa Issuances</u>

(43)    On or about December 8, 2005, defendant **MICHAEL JOHN O'KEEFE, Sr.** sent defendant **SUNIL AGRAWAL** the following electronic communication:

> Sunil, I haven't heard from you in awhile and I hope that everything is going well with you, your family and the STS family as whole. I need some advice. I am in the process of trying to find my wife A[____] something for Christmas. As you may recall she is somewhat of a jewelry hound. I am looking for a necklace or a pendent with an 18 to 24 inch length. Unfortunately I only have about $300 to spend this year. So you have anything that might fit the bill?. . . It is hard to believe that it was 11 months ago that the girls and I were visiting with you. Worst snowstorm in 10 years. I'll be back in the U.S. in January but I don't think I'll be able to come up to NYC. Hopefully we will get together sometime in 2006. Again Best Wishes to you and yours, Mike O'Keefe.

(44)    On or about December 8, 2005, defendant **SUNIL AGRAWAL** sent defendant **MICHAEL JOHN O'KEEFE, Sr.** the following electronic communication:

> Mike, Good to hear from you. We are all fine here - both at STS and my family. . . .I am sure I can find something nice for your wife. Let me know if you would like to present something in Ruby to match the ring or Tanzanite to match the other ring. It was indeed great to have you in New York with girls beginning of the year. I hope we will get pleasure to host you again in near future. I would like to reiterate my invitation to you and girls to Vegas in June show. Please let me

-14-

know if it would be feasible. . . .Best Regards, Sunil.

(45)    On or about December 8, 2005, defendant **MICHAEL JOHN O'KEEFE, Sr.**
sent defendant **SUNIL AGRAWAL** an electronic communication thanking him for getting back
to him so fast and letting him know that his wife really liked the Ruby ring.  He also agreed to
write a college recommendation letter for **AGRAWAL's** son but needed some information about
him to write the letter.   He hoped to see **AGRAWAL** soon.

(46)    Between December 8, 2005, and January 7, 2006, defendant **SUNIL AGRAWAL**
sent defendant **MICHAEL JOHN O'KEEFE, Sr.** the following electronic communication:

> Mike, Two of my managers requires [sic] H-1 visa stamping.  Kindly advise if
> they can visit Toronto for stamping if not very inconvenient to you.   We also
> have a girl -  M[____] A[____], under vocational training with us with M-1 visa
> valid til 15[th] of January.  She has taken admission in a college and requires change
> of status to F-1. Kindly advise if this stamping of F-1 can be done in Toronto.
> Best Regards, Sunil Agrawal.

(47)    **On or about January 7, 2006, defendant MICHAEL JOHN O'KEEFE, Sr.** sent
defendant **SUNIL AGRAWAL** an electronic communication advising him that he would be on
leave until February 6th and inquiring whether he could wait until his return.  If not, he would
send the request and his boss would handle it.

(48)    On or about February 9, 2006, a facsimile addressed from defendant **SUNIL
AGRAWAL** to defendant **MICHAEL JOHN O'KEEFE, Sr.** was sent to the Consulate in
Toronto requesting an expedited visa appointment for V.S.B. and A.P., two STS Jewels
managers.

(49)    On or about February 13, 2006, defendant **MICHAEL JOHN O'KEEFE, Sr.**
sent defendant **SUNIL AGRAWAL** an electronic communication informing him that the

appointment waivers for the managers had been approved.

(50)    On or about February 13, 2006, defendant **SUNIL AGRAWAL** sent defendant **MICHAEL JOHN O'KEEFE, Sr.** an electronic communication thanking him for the visas.

(51)    On or about February 13, 2006, defendant **SUNIL AGRAWAL** sent defendant **MICHAEL JOHN O'KEEFE, Sr.** an electronic communication thanking him for waiving the appointment requirement for two people but asked to move the scheduled interviewed date of March 22, 2006, because the current visa for one of the people expired on February 28, 2006.

(52)    On or about February 13, 2006, defendant **MICHAEL JOHN O'KEEFE, Sr.** sent defendant **SUNIL AGRAWAL** an electronic communication stating that he would see what he could do.

(53)    On or about February 13, 2006, defendant **SUNIL AGRAWAL** sent defendant **MICHAEL JOHN O'KEEFE, Sr.** an electronic communication thanking him for changing the date to February 22, 2006, and saying that he appreciated his help.

(54)    On or about February 13, 2006, defendant **MICHAEL JOHN O'KEEFE, Sr.** sent defendant **SUNIL AGRAWAL** a response to the previous electronic communication stating, "No problem. I appreciate your friendship. Mike O'Keefe".

(55)    On or about February 22, 2006, defendant **MICHAEL JOHN O'KEEFE, Sr.** issued visas to STS Jewels employees V.S.B. and H.S.K.

<u>Las Vegas Trip – Expedited Visa Issuances</u>

(56)    On or about March 14, 2006, defendant **MICHAEL JOHN O'KEEFE, Sr.** sent defendant **SUNIL AGRAWAL** the following electronic communication:

Sunil, I haven't heard from you for awhile. I've been meaning to ask you how

Tucson was this year. It seems like yesterday I was there to talk about Tanzanite. I really enjoyed that meeting. It was good to be able to do something to help American business. **Last year we talk about Las Vegas and the possibility of my attending in an unofficial capacity. For some reason I really love Las Vegas. I guess it is because it is a place where I can lose my stiff diplomatic persona and just act like everyone else. Let me know if we can work anything out.** I hope that all is well with you and your family. Mike O'Keefe.

(57)    Between March 14, 2006, and on or about March 28, 2006, defendant **SUNIL**

**AGRAWAL** sent defendant **MICHAEL JOHN O'KEEFE, Sr.** the following electronic

communication:

Mike, Tucson was colorful and fun. I was there for four days and had some meetings. One evening we had Indian Association Gala Event, where I have recently been elected President. You really were a great help four years ago when you were there. **It will be my pleasure to sponser [sic] your visit to Vegas. Please let me know the dates and I will organize your flight ticket and hotel stay. It will be a pleasure to see you there.** One evening we have Indian event and we would like to invite you there. Another evening there is an industry charity dinner (Jewelers for Children) and **you are invited there on STS table**. Best Regards, Sunil.

(58)    On or about March 28, 2006, defendant **SUNIL AGRAWAL** sent defendant

**MICHAEL JOHN O'KEEFE, Sr.** the following electronic communication:

Mike, **I have five of my managers who need H-1 renewals stamped on their passport. Could they visit Toronto around Mid April for this process. Thank you for all the help in this matter**. Best Regards, Sunil Agrawal P.S. **Please confirm the dates you would like to visit Vegas for JCK show and I will organize the ticket and hotels for you.**

(59)    On or about March 29, 2006, defendant **MICHAEL JOHN O'KEEFE, Sr.** sent

defendant **SUNIL AGRAWAL** an electronic communication that included the following: the

visa applicants could come to Toronto in mid April; he would be the "Chief" at that time and

would be able to take care of them; he hadn't responded to **AGRAWAL's** invitation to visit Las

Vegas; and he wanted to be clear that M[___] and A[___], the exotic dancers, were included

in the invitation.

 (60) On or about March 31, 2006, following a series of electronic communications

between defendants **MICHAEL JOHN O'KEEFE** and **SUNIL AGRAWAL** confirming dates

for the Las Vegas trip and that the exotic dancers were invited, **O'KEEFE** sent **AGRAWAL** the

following electronic communication:

> Good. It should make it easier for me to get away. . . .If possible, please hold off a
> week or so on the H1B appointments. We are in a transition period and are being
> inidated [sic] with requests. I will set up the interviews but I want to make sure it
> goes smoothly. Mike.

 (61) On or about March 31, 2006, defendant **SUNIL AGRAWAL** sent the following

electronic communication to defendant **MICHAEL JOHN O'KEEFE, Sr.:**

> Mike. . . .I am sorry I did not realize about the rush of application. I faxed request
> letter for appointment three days ago. Kindly let me know how to proceed with it.
> Regards Sunil.

 (62) On or about March 31, 2006, defendant **MICHAEL JOHN O'KEEFE, Sr.** sent

the following electronic communication to defendant **SUNIL AGRAWAL:**

> **It didn't go to me as I was out of the office. It was refused but I have**
> **overridden the refusal. Hopefully it will hold up. I'll let you know. Mike.**

 (63) On or about April 3, 2006, defendant **MICHAEL JOHN O'KEEFE, Sr.**

sent the following electronic communication to defendant **SUNIL AGRAWAL:**

> Sunil, Please let me know if everything is set up for the visa appointments are all
> set for your people.   As I mentioned in a separate e-mail, the request was
> originally denied by my boss because he felt that appointments for five people was
> too much. I explained that I knew you and the company and that you had a good
> reason for the request. He then told me that it was my decision so I approved the
> appointments. If there is still a problem, I'll take care of it, but let me know.
> Mike O'Keefe.

 (64) **On or about April 6, 2006, a facsimile addressed from defendant SUNIL**

**AGRAWAL** to defendant **MICHAEL JOHN O'KEEFE, Sr.** was sent to the Consulate in Toronto requesting expedited visa appointments for P.S.T., M.P.S., J.K., G.J.R., and A.O.P., all of whom were identified as STS Jewels employees.

(65)    On or about April 12, 2006, defendant **SUNIL AGRAWAL**, reserved hotel accommodations at the Mirage Hotel in Las Vegas, using his STS Jewels corporate American Express account as confirmation, for defendant **MICHAEL JOHN O'KEEFE, Sr.** and two exotic dancers, A. M. and M. S., for the period from June 3, 2006, to June 7, 2006, with anticipated charges in the amount of $1937.16.

(66)    On or about April 14, 2006, following a series of electronic communications between defendant **MICHAEL JOHN O'KEEFE, Sr.** and an employee of STS Jewels regarding scheduling visa appointments and the Las Vegas trip arrangements, defendant **SUNIL AGRAWAL** incurred charges on his STS Jewels corporate American Express account in the amount of $2036.48 for four round trip airline tickets from Toronto to Las Vegas, $509.12 each, for **O'KEEFE** and exotic dancers A.M., M.S., and A.C.

(67)    On or about April 19, 2006, defendant **MICHAEL JOHN O'KEEFE, Sr.** issued visas to STS Jewels employees P.S.T, J.K. and M.P.S.

(68)    On or about May 19, 2006, defendant **MICHAEL JOHN O'KEEFE, Sr.** sent an electronic communication to defendant **SUNIL AGRAWAL** stating that the excitement was building in anticipation of the Las Vegas trip and that, "I really owe you for this trip."

(69)    On or about June 3, 2006, defendant **MICHAEL JOHN O'KEEFE, Sr.** and exotic dancers A.M. and M.S. traveled from Toronto to Las Vegas on the airline tickets purchased for them by defendant **SUNIL AGRAWAL**.

-19-

(70)    On or about June 4, 2006, exotic dancer A.C. traveled from Toronto to Las Vegas on an airline ticket purchased for her by defendant **SUNIL AGRAWAL**.

(71)    Between on or about June 3, 2006, and on or about June 7, 2006, defendant **MICHAEL JOHN O'KEEFE, Sr.** and exotic dancers A.M. , M.S., and A.C. stayed at the Mirage Hotel in Las Vegas, Nevada in two rooms, both of which were paid for by defendant **SUNIL AGRAWAL**.

(72)    Between on or about June 3, 2006, and on or about June 7, 2006, defendant **SUNIL AGRAWAL** hosted defendant **MICHAEL JOHN O'KEEFE, Sr.** and exotic dancer M.S. in Las Vegas at a dinner costing $500 per person.

(73)    Between on or about June 3, 2006, and on or about June 7, 2006, defendant **SUNIL AGRAWAL**, through an employee of STS Jewels, paid for $978.00 in incidental room charges at the Mirage Hotel in Las Vegas for exotic dancers M.S., A.M., and A.C., using the corporate American Express card of STS Jewels.

(74)    On or about June 28, 2006, defendant **MICHAEL JOHN O'KEEFE, Sr.** issued a visa to G.J.R., an STS Jewels/Jewel Gem employee, who, on or about June 15, 2006, had faxed an STS Jewels facsimile cover sheet addressed to **O'KEEFE** to the Consulate in Toronto with an attached letter on Jewel Gem letterhead requesting an expedited visa appointment for G.J.R.

(75)    On or about July 25, 2006, defendant **MICHAEL JOHN O'KEEFE, Sr.** sent an electronic communication to exotic dancers M.S., A.M., and A.C. regarding rings they would be receiving from an STS Jewels officer.

(76)    On or about August 1, 2006, defendant **MICHAEL JOHN O'KEEFE, Sr.** sent an electronic communication to defendant **SUNIL AGRAWAL** referencing that while the

typical time to obtain a visa interview in Toronto, without intervention, is 71 days, the wait time in New Delhi, India, is 131 days.

> (**Conspiracy to Commit Bribery**, in violation of Title 18, United States Code, Section 371, and **Aiding and Abetting, Causing an act to be done,** in violation of Title 18, United States Code, Section 2)

## COUNT 2

Between in or before February 1, 2004, through on or about August 1, 2006, in Toronto, Canada, New York, Las Vegas and elsewhere, within the extraterritorial jurisdiction of the United States and pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia, the defendant **MICHAEL JOHN O'KEEFE, Sr.** being a senior public official, did directly and indirectly, corruptly demand, seek, receive, accept, and agree to receive and accept from defendant **SUNIL AGRAWAL**, things of value – that is, round-trip airline tickets from Toronto, Ontario, Canada to Las Vegas, Nevada for himself and some exotic dancers, hotel accommodations in New York City and Las Vegas, jewelry, expensive meals, entertainment and a job reference – in return for being influenced in the performance of official acts, that is, the expediting of the handling of applications for visas to STS Jewels employees and persons sponsored by STS Jewels, and the issuance of visas to STS Jewels employees and persons sponsored by STS Jewels, in exchange for bribes.

> (**Bribery**, in violation of Title 18, United States Code, Section 201(b)(2), and **Aiding and Abetting, Causing an act to be done,** in violation of Title 18, United States Code, Section 2)

## COUNT 3

Between in or before February 1, 2004, through on or about August 1, 2006, in Toronto, Canada, New York, Las Vegas and elsewhere, within the extraterritorial jurisdiction of the United States and pursuant to Title18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia, the defendant **SUNIL AGRAWAL,** did directly and indirectly, corruptly give, offer and promise to give things of value - that is, round-trip airline tickets from Toronto, Ontario, Canada to Las Vegas, Nevada for defendant **MICHAEL JOHN O'KEEFE, Sr.** and some exotic dancers, hotel accommodations in New York City and Las Vegas, jewelry, expensive meals, entertainment and a job reference, to defendant **MICHAEL JOHN O'KEEFE, Sr.**, a senior public official employed by the United States Department of State, to influence the public official in the performance of official acts, that is, the expediting of the handling of applications for visas to STS Jewels employees and persons sponsored by STS Jewels, and the issuance of visas to STS Jewels employees and persons sponsored by STS Jewels, in exchange for bribes.

> (**Bribery**, in violation of Title 18, United States Code, Section 201(b)(1) and **Aiding and Abetting, Causing an act to be done,** in violation of Title 18, United States Code, Section 2)

## FORFEITURE ALLEGATION

The violations alleged in Counts One through Three of this Indictment are realleged and incorporated by reference herein. Upon conviction of one or more of the offenses alleged in Counts One through Three of this Indictment, the defendant **MICHAEL JOHN O'KEEFE, Sr.** shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)( c) and 28 U.S.C. § 2461( c)

all property constituting or derived from proceeds obtained directly or indirectly as a result of the said violations, including, but not limited to, the following:

1. **<u>JEWELRY</u>**

Precious gemstones, precious metals, and jewelry, including the following:

a.  Male ring

b. Ruby pendant or necklace

c. Female ruby ring

d. Female tanzanite ring

2. **<u>MONEY JUDGMENT</u>**

A sum of money equal to five thousand dollars ($5,000) in United States currency, representing the amount of proceeds obtained as a result of the offense(s) of: conspiracy, bribery and aiding and abetting.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant **MICHAEL JOHN O'KEEFE, Sr.:**

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to or deposited with a third party;

c.  has been placed beyond the jurisdiction of the Court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without

difficulty; it is the intent of the United States, pursuant to Title 21, United States

Code, Section  853(p), as incorporated by Title 18, United States Code, Section

982(b), to seek forfeiture of  any other property of said defendant, **MICHAEL**

**JOHN O'KEEFE, Sr.,** up to the value of the forfeitable property described

above.

A TRUE BILL


FOREPERSON


*Jeffrey A. Taylor /SLM/*

Attorney of the United States in
and for the District of Columbia