IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 06-CR-00249 (PLF) |
| | : | |
| v. | : | |
| | : | |
| MICHAEL JOHN O'KEEFE, Sr., and | : | |
| SUNIL AGRAWAL, | : | |
| | : | |
| Defendants. | : | |

**GOVERNMENT'S MEMORANDUM OUTLINING CHANGES
FROM ORIGINAL INDICTMENT TO SUPERSEDING INDICTMENT**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Memorandum to outline for the Court and the defendants the changes that were made from the original indictment, which was returned on August 18, 2006, to the superseding indictment, which was returned on March 25, 2008.

1. The original indictment charged the two defendants with 3 counts, covering 22 pages. The superseding indictment charges the two defendants with the same 3 counts, and is 24 pages long.

2. No charges have been added to the indictment.

3. The charging language in the superseding indictment has been modified somewhat in the following instances in order to clarify any alleged ambiguity regarding the scope of the defendants' conduct: Count 1, ¶¶ 8 ("The Conspiracy"), 9A-C ("Objects of the Conspiracy"); Count 2; and Count 3.

4. The original indictment set forth 67 overt acts in Count 1. The superseding indictment sets forth 76 overt acts in Count 1. The nine additional overt acts in the superseding indictment are found at ¶ 11(7), (26), (28), (32), (38), (41), (48), (64),

        and (70), and are based on information previously disclosed to the defendants and on which the defendants have already received full discovery.

5.     The superseding indictment changes the ending date of the conspiracy in Count 1, ¶ 8, to August 18, 2006, the date when the original indictment was returned.

6.     Based upon information made known through the course of the investigation and/or to clarify or correct the language in the indictment, a number of factual changes not previously discussed above were made in the superseding indictment at ¶¶ 4; 8; 10A-C, E, G-H; 11(1), (8), (14), (24), (27), (29), (33), (39), (42), (55), (59), (66)-(67), (70)-(71), (73)-(74); Counts 2-3. None of these changes implicates facts not previously disclosed to the defendants and on which the defendants have not already received full discovery.

7.     In addition, a number of grammatical and non-substantive changes were made in the superseding indictment at ¶¶ 3; 6; 8; 10D; 11(2), (4)-(6), (9)-(10), (12), (21)-(22), (24)-(25), (30)-(31), (34)-(37), (43)-(46), (57), (60)-(63), (65), (68), (71)-(73), (76). None of these changes implicates facts not previously disclosed to the defendants and on which the defendants have not already received full discovery.

      WHEREFORE, the government submits this Memorandum to outline for the Court and the defendant the changes that were made from the original indictment, which was returned on August 18, 2006, to the superseding indictment, which was returned on March 25, 2008.

                                   Respectfully submitted,

                                   JEFFREY A. TAYLOR
                                 United States Attorney
                                 D.C. Bar Number 498610

By:         /s/
                                 BRENDA J. JOHNSON
                                 Assistant United States Attorney
                                 D.C. Bar Number 370737
                                 National Security Section
                                 555 4th Street, N.W.
                                 Washington, D.C.  20530
                                 (202) 353-4154
                                 brenda.johnson@usdoj.gov

                                   /s/
                                 DENISE CHEUNG
                                 Assistant United States Attorney
                                 D.C. Bar Number 451714
                                 National Security Section
                                 555 4th Street, N.W.
                                 Washington, D.C.  20530
                                 (202) 307-2845
                                 denise.cheung@usdoj.gov

March 25, 2008