# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-249 (PLF/JMF)** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL JOHN O'KEEFE, Sr. and** | : | |
| **SUNIL AGRAWAL,** | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF FILING

The United States of America, by and through the United States Attorney for the District of Columbia, is providing notice to the Court through the electronic filing system that on April 18, 2008, the government filed an opposition under seal with the Clerk's office.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar Number 498610

By:   /s/
BRENDA J. JOHNSON
DENISE CHEUNG
Assistant United States Attorneys
D.C. Bar Number 370737
D.C. Bar Number 451714
National Security Section
555 4th Street, N.W.
Washington, D.C.  20530
(202) 353-4154
(202) 307-2845
brenda.johnson@usdoj.gov
denise.cheung@usdoj.gov

April 18, 2008