**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-CR-0249 (PLF/JMF)** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL JOHN O'KEEFE, Sr. and** | : | |
| **SUNIL AGRAWAL,** | : | |
| | : | |
| **Defendants.** | : | |

**MOTION FOR ENLARGEMENT OF TIME
TO FILE PROPOSED ORDER**

The United States of America, by and through the United States Attorney for the District of Columbia, hereby respectfully requests additional time to file a proposed Order setting forth alternative conditions of release should the Court grant Defendant Sunil Agrawal's request to temporarily modify his conditions of release. The Court's April 24, 2008, Order mandated that both Defendant Sunil Agrawal and the government file proposed Orders on or before May 5, 2008. The Court ordered that Defendant Agrawal set forth specific details of proposed trips that he would like to take outside of the United States, as well as alternative conditions of release for each trip. The Court further ordered that the government file a proposed Order containing the alternative conditions of release the government requests the Court impose if it grants Defendant Agrawal's motion.

Prior to submitting a proposed Order enumerating alternative conditions of release, the government would like to review the specific details of Defendant Agrawal's proposed travel plans and suggested conditions of release in order to appropriately tailor the language and conditions of release in the government's proposed Order. Accordingly, the government requests an extension of time to allow the government to examine Defendant Agrawal's filing and proposed Order prior to filing its proposed Order. The government asks for five business days

from the date of Defendant Agrawal's filing in which to file its proposed Order.

The government has left a message for counsel for Defendant Agrawal indicating its intention to file the instant motion.

WHEREFORE, for the foregoing reasons, the United States respectfully requests that the government's motion for enlargement of time be granted.

                                              Respectfully submitted,

                                              JEFFREY A. TAYLOR
                                              United States Attorney
                                              D.C. Bar Number 498610

By:           /s/
                   BRENDA J. JOHNSON
                   DENISE CHEUNG
                   Assistant United States Attorneys
                   D.C. Bar Number 370737
                   D.C. Bar Number 451714
                   National Security Section
                   555 4th Street, N.W.
                   Washington, D.C.  20530
                   (202) 353-4154
                   (202) 307-2845
                   brenda.johnson@usdoj.gov
                   denise.cheung@usdoj.gov

May 1, 2008