# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-CR-0249 (PLF/JMF)** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL JOHN O'KEEFE, Sr. and** | : | |
| **SUNIL AGRAWAL,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

Upon consideration of the government's Motion for Enlargement of Time to File Proposed Order, it is hereby:

ORDERED that the Motion is GRANTED; and

It is further ORDERED that the government shall have five business days from the filing of Defendant Sunil Agrawal's proposed Order setting forth details of the trips that Defendant Agrawal is requesting to file with the Court a proposed Order setting forth alternative conditions of release the government requests the Court impose if it grants Defendant Agrawal's request to temporarily modify his conditions of release.

Dated: _____, 2008    _____
                                    PAUL L. FRIEDMAN
                                    United States District Judge