IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-CR-0249 (PLF/JMF)** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL JOHN O'KEEFE, Sr., and** | : | |
| **SUNIL AGRAWAL,** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER** (*PROPOSED*)

Upon consideration of Defendant Sunil Agrawal's Motion to Modify the Conditions of Release filed under seal on April 16, 2008, and the government's Opposition thereto, it is hereby ORDERED that:

1. Defendant Agrawal's conditions of release are hereby modified to permit him to take the following international business trips in the enumerated time frames pursuant to the modified conditions of his release as set forth in paragraph 2:

    [*List exact trips, locations, and dates approved by the Court*]

2. The conditions of Defendant Agrawal's release as set forth in the Court's November 9, 2006, Order are modified as follows:

    (a) Defendant Agrawal must file with the Pre-trial Services Office in the Southern District of New York ("Pre-trial Services") a verifiable itinerary with airline reservations and hotel and contact information at least one week prior to his scheduled departure from the United States;

    (b) Defendant Agrawal must notify Pre-trial Services in advance if any unexpected changes to his itinerary occur;

(c) Defendant Agrawal may not be absent from the United States more than seven consecutive days each international trip (including travel days);

(d) Defendant Agrawal must surrender his passport to Pre-trial Services within twenty-four hours of his return to the United States, and the government shall be provided with copies of his passport after each trip, including copies of the inside and outside covers, as well as all pages of the passports;

(e) Defendant Agrawal's wife and minor children must surrender any and all passports to Pre-trial Services prior to his departure date from the United States and the government be provided copies of the inside and outside covers as well as all pages of the passports;

(f) Defendant Agrawal must telephone Pre-trial services daily while outside the United States;

(g) Defendant Agrawal must knowingly and voluntarily execute the attached Declaration under penalty of perjury and file the Declaration with the Court; and

    (h)    Defendant Agrawal must post a cash or secured bond in the amount of [*List amount of bond to be determined at a hearing*] seven days prior to his departure from the United States which will be returned upon his return to the United States and the surrender of his passport.

SO ORDERED, this _____ day of _____, 2008.

_____
THE HONORABLE PAUL L. FRIEDMAN
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA