**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No 1:06-cr-00249-PLF/JMF |
| ) | |
| MICHAEL JOHN O'KEEFE, SR. and ) | |
| SUNIL AGRAWAL, ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE**

Defendants, though undersigned counsel, respectfully move the Court for an extension of time until June 6, 2008 to file motions pursuant to the Court's February 20, 2008 Order. On May 8, 2008, counsel for defendants conferred with counsel for the government, who indicated that the government consents to the relief sought in this motion.

On March 20, 2008, the Court granted an extension of time for defendants to file motions pursuant to the Court's February 20, 2008 because, although the parties were working together in good faith to meet the deadlines and obligations set forth in the Court's order, the government had not provided certain information relevant to motions that defendants may file pursuant to the Court's Order—in particular a stipulation regarding the preservation of evidence. On April 18, 2008, the government provided defendants with a stipulation regarding the preservation of electronic documents. (The parties are still working together with respect to other aspects of the Court's February 20, 2008 discovery order.)

Pursuant to the Court's March 20, 2008 Order, defendants "have 21 business days after the government has provided defendants with a stipulation" to file any motions pursuant to

the Court's February 20, 2008 Order. As a result, defendants' current filing deadline is May 19, 2008.

Because counsel for Mr. Agrawal is currently in trial in Indianapolis, Indiana, and that trial is anticipated to continue through the end of May, defendants respectfully move the Court for an extension of time to file any motions pursuant to the Court's March 20, 2008 Order.

WHEREFORE, with the agreement of the government, defendants respectfully request that their deadline for filing any motions pursuant to the Court's February 20, 2008 Order (which concern the Toronto consulate) be extended until June 6, 2008.

Dated:  May 8, 2008                             Respectfully submitted,


                                                _____/s/_____
                                                Thomas C. Green (D.C. Bar #14998)
                                                Mark D. Hopson (D.C. Bar #394338)
                                                David J. Ludlow (D.C. Bar #489136)
                                                SIDLEY AUSTIN LLP
                                                1501 K Street, NW
                                                Washington, DC 20005

                                                *Counsel for Defendant Sunil Agrawal*


                                                _____/s/_____
                                                Bernard S. Grimm
                                                COZEN O'CONNER
                                                The Army and Navy Building
                                                1627 I Street, N.W. Suite 1100
                                                Washington, D.C. 20006
                                                *Counsel for Defendant Michael John O'Keefe*