# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,          )<br>)<br>v.                                                    )<br>)<br>MICHAEL JOHN O'KEEFE, SR. and  )<br>SUNIL AGRAWAL,                          )<br>)<br>Defendants.          ) | Criminal Case No 1:06-cr-00249-PLF/JMF |

## AGREED TO ORDER

Upon consideration of the Agreed To Motion for Extension of Time to File, it is hereby ORDERED that the Consent Motion for Extension of Time to File is GRANTED; it is FURTHER ORDERED that defendants shall have until June 6, 2008 to file any motions pursuant to the Court's February 20, 2008 Order concerning the Toronto consulate.

SO ORDERED.

_____
JOHN M. FACCIOLA
United States District Court Magistrate Judge

DC1 1203398v.1