# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-CR-00249 (PLF/JMF)** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL JOHN O'KEEFE, Sr., and** | : | |
| **SUNIL AGRAWAL,** | : | |
| | : | |
| **Defendants.** | : | |

## GOVERNMENT'S STIPULATION REGARDING ELECTRONIC SEARCHES

The United States of America, by and through the United States Attorney for the District of Columbia, hereby stipulates the following in accordance with the February 19, 2008, Order of the Honorable John M. Facciola:

1. On or about October 29, 2007, the government provided copies of all of the electronic data received from the U.S. Consulates in Toronto and Nogales, and the U.S. Embassy in Mexico City, in the data's original formats, to the defendants.[1] Consequently, the defendants already have electronic copies of all of the electronic search results preserved in native form from these locations. In addition, on April 18, 2008, the government provided responsive electronic data received from the U. S. Embassy in Ottawa, in the data's original format.

2. The U.S. Consulates in Matamoros and Nuevo Laredo did not provide any results from searches of electronic documents in electronic format, nor were any electronic documents preserved in any way.

---

[1] According to the technical personnel contacted in order to clarify questions regarding electronic data preservation, the term "metadata" has a myriad of technical meanings. The government is consequently using the terms "original" or "native" formats to refer to the information the defendants have requested.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney
        D.C. Bar Number 498610


By:    _____\\s\\_____
        BRENDA J. JOHNSON
        DENISE CHEUNG
        Assistant United States Attorneys
        D.C. Bar Number 370737
        D.C. Bar Number 451714
        National Security Section
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 353-4154
        (202) 307-2845
        brenda.johnson@usdoj.gov
        denise.cheung@usdoj.gov

June 6, 2008