# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No 1:06-cr-00249-PLF/JMF |
| ) | |
| MICHAEL JOHN O'KEEFE, SR. and ) | |
| SUNIL AGRAWAL, ) | |
| ) | |
| Defendants. ) | |

## PROPOSED ORDER

Upon consideration of defendants' Joint Motion to Dismiss, it is hereby

ORDERED that defendants' Joint Motion to Dismiss is GRANTED; it is

FURTHER ORDERED that Counts 1, 2, and 3 of the Indictment are dismissed with prejudice..

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge