U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

May 15, 2008

BY MAIL AND FACSIMILE

Thomas C. Green, Esquire
Sidley Austin LLP                         **Contents Subject to Protective Order**
1501 K Street, N.W.
Washington, D.C. 20005

      Re:  United States v. Michael John O'Keefe, Sr. and Sunil Agrawal,
           Criminal No. 06-CR-00249 (JMF/PLF)

Dear Mr. Green:

      Please find attached a copy of the e-mail made reference to in an April 23, 2008, conference call with John Long, Computer Management Assistant at the U.S. Consulate in Toronto, Canada.

                             Sincerely,

                             JEFFREY A. TAYLOR
                             UNITED STATES ATTORNEY

          By:               Brenda J. Johnson
                        Denise Cheung
                        Assistant United States Attorneys
                        National Security Section

Attachment

cc:      Bernard S. Grimm, Esquire
          Cozen O'Connor
          1627 I Street, NW
          Washington, D.C. 20006