**Johnson, Brenda (USADC)**

**From:** Furtado, Gilbert O [Furtadogo@state.gov]
**Sent:** Tuesday, May 29, 2007 2:55 PM
**To:** Long, John A
**Subject:** RE: ISSO Scan of Mailbox's

John, thanks for your hard work... will review and talk with Peggy for the next step. gil

Gilbert O. Furtado
IPO/ISSO
American Consulate General Toronto
Canada M5G 1S4
Phone: 416 595-6513
Fax: 416 642-0755

This email is UNCLASSIFIED based on the definition provided in EO 12958.

---

**From:** Long, John A
**Sent:** Tuesday, May 29, 2007 1:46 PM
**To:** Furtado, Gilbert O
**Subject:** ISSO Scan of Mailbox's

Gil. I scanned the mailboxes and saved the results in a consolidated file called *ISSO Mailbox Scan Results.pst* in your P:\ISSO folder.

The file contains the search results from the search string: "early appointment" or "early interview" or "expedite appointment" or "expedite interview" on both the mailboxes and personal folders of the following.

Peggy Petrovich
Stephanie Arnold
April Scarrow
John Whiteley
Laura Scheibe
Pat Haye
Jane Boyd
Althea Brathwaite
Janice Thompson
Michael Niles
Maribel Ebona
Rose Castro
Maria Erlindson
Jeff Tunis

**Past employees**
Mike Schimmel
Michael O'Keefe
Robert Thomas
Donald Steele

Please let me know if we need to change anything.

John

1