☐ **NEED APPOINTMENT**

☐ **OKAY TO WAIVE APPOINTMENT FOR ROOM 16**

☐ **OKAY TO WAIVE APPOINTMENT FOR SOUTH NIV**

☐ **SAME DAY SERVICE**

☐ **REGRETS**

☐ **OTHER:** _____

_____