IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No 1:06-cr-00249-PLF/JMF |
| ) | |
| MICHAEL JOHN O'KEEFE, SR. and ) | |
| SUNIL AGRAWAL, ) | |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT**

Pursuant to the May 23, 2008 status conference, the parties are filing this status report at the request of the Court.

Without waiving any of defendants' rights at this time, counsel for Sunil Agrawal and counsel for Michael J. O'Keefe state that defendants would, in principle, consent to a Bench Trial. Nevertheless, resolution of the motion to dismiss filed today may impact defendants' decisions to waive their Sixth Amendment rights. Defendants therefore state that they will notify the Court of their decision to waive or not waive their right to trial by jury within 10 days after resolution of the joint motion to dismiss filed pursuant to the Court's February 20, 2008 Order.

Because resolution of the motion to dismiss may impact the timing and duration of a trial in this matter, because of the conflicting schedules of defense counsel, and because of still pending discovery issues, the parties were unable to agree upon a trial date at this time. In general, counsel for Mr. Agrawal is available between October 6 and November 21, 2008 and after May 2009. In general, counsel for Mr. O'Keefe is available after December 17, 2008. In general, counsel for the government is available after October 1, 2008.

Defendants believe the parties will be in a better position to set a trial date and after the discovery motions are resolved and to determine at that time whether severance or other relief is appropriate because of conflicting schedules of defense counsel.

In an effort to schedule some events, the parties set certain dates in the attached proposed scheduling order. The parties still could not agree, however, on the timing of dispositive motions because of Mr. Grimm's conflicting trial in October 2008 and uncertainty about the resolution of the discovery motions. Counsel for Mr. Agrawal would propose that dispositive motions be filed on September 2, 2008. Counsel for Mr. O'Keefe would propose that dispositive motions be filed on November 3, 2008. The parties agree that they will be in a better position to set a realistic pre-trial and dispositive motions schedule after resolution of the discovery motions.

Dated: June 6, 2008                                      Respectfully submitted,


                                        _____/s/_____
                                        Thomas C. Green (D.C. Bar #14998)
                                        Mark D. Hopson (D.C. Bar #394338)
                                        David J. Ludlow (D.C. Bar #489136)
                                        SIDLEY AUSTIN LLP
                                        1501 K Street, NW
                                        Washington, DC 20005
                                        *Counsel for Defendant Sunil Agrawal*


                                        _____/s/_____
                                        Bernard S. Grimm
                                        COZEN O'CONNER
                                        The Army and Navy Building
                                        1627 I Street, N.W. Suite 1100
                                        Washington, D.C. 20006
                                        *Counsel for Defendant Michael John O'Keefe*