**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | Criminal Case No 1:06-cr-00249-PLF/JMF |
| ) | |
| MICHAEL JOHN O'KEEFE, SR. and ) | |
| SUNIL AGRAWAL, ) | |
| ) | |
| Defendants.   ) | |

**PROPOSED SCHEDULING ORDER**

Upon consideration of the parties' joint motion for a scheduling order, it is hereby

ORDERED that the following schedule will govern this action:

| Event | Date / Deadline |
|---|---|
| 1. **Discovery Motions Pursuant to February 20, 2008 Order** | June 6, 2008 |
| Opposition memoranda filed | July 3, 2008 |
| Reply memoranda filed | July 18, 2008 |
| 2. **Defendants state whether they will consent to bench trial** | 10 days after resolution of discovery motions (above) |
| 3. **Discovery Motions Resulting from Superseding Indictment** | June 13, 2008 |
| Opposition memoranda filed | July 3, 2008 |
| Reply memoranda filed | July 18, 2008 |
| 4. **Government Produces Outstanding / Compelled Discovery (if necessary)** | TBD upon resolution of discovery motions |
| 5. **Depositions of Canadian Citizen Consular Staff** | Between Sept. 1-30, 2008 |

6. **All substantive and/or dispositive motions filed**         TBD upon resolution of
                                                                 discovery motions

7. **(Trial date and other pre-trial events TBD and**            TBD upon resolution of
   **scheduled after resolution of discovery motions)**          discovery motions

    SO ORDERED.


_____

DATE:                                    PAUL L. FRIEDMAN
                                         United States District Judge