IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Case No 1:06-cr-00249-PLF/JMF |
| | ) |
| MICHAEL JOHN O'KEEFE, SR. and | ) |
| SUNIL AGRAWAL, | ) |
| | ) |
| Defendants. | ) |

### THIRD MOTION TO COMPEL DISCOVERY

Sunil Agrawal, through counsel, respectfully moves for an order compelling the government to produce information pursuant to *Brady* v. *Maryland* and Federal Rule of Criminal Procedure 16(a)(1)(E). In particular, the government has refused to produce information and evidence that clearly undermine the new charges in the Superseding Indictment.

The grounds supporting this motion are set forth in the accompanying memorandum.

Dated: June 13, 2007

Respectfully submitted,

_____/s/_____
Thomas C. Green (D.C. Bar #14998)
Mark D. Hopson (D.C. Bar #394338)
David J. Ludlow (D.C. Bar #489136)
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
202-736-8000