IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Case No 1:06-cr-00249-PLF |
| | ) |
| MICHAEL JOHN O'KEEFE, SR. and | ) |
| SUNIL AGRAWAL, | ) |
| | ) |
| Defendants. | ) |

**MOTION TO AMEND
MEMORANDUM OF LAW IN SUPPORT OF
MR. AGRAWAL'S THIRD MOTION TO COMPEL**

Sunil Agrawal, through counsel, respectfully moves the Court to enter the attached Amended Memorandum of Law in Support of Mr. Agrawal's Third Motion to Compel. Due to a filing mistake, the Amended Memorandum will supersede and replace the Memorandum of Law filed June 13, 2008 [Docket No. 117].

Dated: June 16, 2007                                Respectfully submitted,

                                                   _____/s/_____
                                                   Thomas C. Green (D.C. Bar #14998)
                                                   Mark D. Hopson (D.C. Bar #394338)
                                                   David J. Ludlow (D.C. Bar #489136)
                                                   SIDLEY AUSTIN LLP
                                                   1501 K Street, NW
                                                   Washington, DC 20005
                                                   202-736-8000