# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No 1:06-cr-00249-PLF/JMF |
| ) | |
| MICHAEL JOHN O'KEEFE, SR. and ) | |
| SUNIL AGRAWAL, ) | |
| ) | |
| Defendants. ) | |

## CONSENT MOTION TO CONTINUE
## JUNE 25, 2008 STATUS CONFERENCE

Sunil Agrawal, through counsel, hereby requests that the Court continue the Status Conference currently scheduled for June 25, 2008 at 9:00 a.m. until July 1 or July 2, 2008, or until such time when the Court and parties are next available.

Due to pressing work demands, counsel for Mr. Agrawal will be traveling internationally during the week of July 23 and will not be able to attend the status conference. Counsel for Mr. Agrawal have conferred with counsel for Mr. O'Keefe and the government which both consent to a continuation. All the parties have indicated that they are currently available to conduct a status conference on July 1 or July 2, 2008.

**WHEREFORE**, Mr. Agrawal respectfully requests that the June 25, 2008 Status Conference be continued until July 1 or July 2, 2008, or until such time when the Court and parties are next available.

Dated: July 19, 2008                                Respectfully submitted,

                                                                   /s/
                                             Thomas C. Green (D.C. Bar #14998)
                                             Mark D. Hopson (D.C. Bar #394338)
                                             David J. Ludlow (D.C. Bar #489136)
                                             SIDLEY AUSTIN LLP
                                             1501 K Street, NW
                                             Washington, DC 20005
                                             202-736-8000