## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No 1:06-cr-00249-PLF/JMF |
| ) | |
| MICHAEL JOHN O'KEEFE, SR. and ) | |
| SUNIL AGRAWAL, ) | |
| ) | |
| Defendants. ) | |

### PROPOSED ORDER

Upon consideration of Sunil Agrawal's Motion to Continue the June 25, 2008 Status Conference, it is hereby

ORDERED that Mr. Agrawal's Motion to Continue is GRANTED; it is

FURTHER ORDERED that the Status Conference is continued until _____, 2008;

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge