WHEREFORE, for the foregoing reasons, the United States respectfully requests that the defendant's motion to dismiss be denied.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar Number 498610

By: _____/s/_____
BRENDA J. JOHNSON
DC Bar Number 370-737
(202) 353-4154
Brenda.Johnson@usdoj.gov
DENISE CHEUNG
DC Bar Number 451714
(202) 307-2845
Denise.Cheung@usdoj.gov
Assistant United States Attorneys
National Security Section
555 4th Street, N.W. – 11th Floor
Washington, D.C.  20530