IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CRIMINAL NO. 1:06-CR-00249 (PLF/JMF) |
| : | |
| **v.** : | |
| : | |
| **MICHAEL JOHN O'KEEFE, Sr.,** : | |
| **SUNIL AGRAWAL,** : | |
| : | |
| **Defendants** : | |

### ORDER

Upon careful consideration of Defendant Sunil Agrawal and Defendant Michael John O'Keefe, Sr.'s Joint Motion to Dismiss and the government's Opposition thereto, the Court hereby

ORDERS that the Motion to Dismiss is DENIED.

SO ORDERED, this _____ day of _____, 2008.

_____
THE HONORABLE PAUL L. FRIEDMAN
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Serve:  Brenda J. Johnson                           Thomas C. Green, Esq.
        Denise Cheung                               Mark D. Hopson, Esq.
        Assistant United States Attorneys           David J. Ludlow, Esq.
        National Security Section                   Sidley Austin LLP
        United States Attorney's Office             1501 K Street, N.W.
        555 4th Street, NW                          Washington, D.C.  20005
        Washington, D.C. 20530

        Bernard S. Grimm, Esq.
        Cozen O'Connor
        1627 I Street, NW
        Washington, D.C. 20006