```
          IN THE UNITED STATES DISTRICT COURT

             FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

     vs.                        : Criminal No. 06-0249-01,02

MICHAEL JOHN O'KEEFE, SR.
     and
SUNIL AGRAWAL

        Defendant
                                : Washington, D.C.
- - - - - - - - - - - - - - - -x September 12, 2007



               TRANSCRIPT OF HEARING ON MOTION
           BEFORE THE HONORABLE JOHN M. FACCIOLA
                UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

For the Government:       BRENDA JOHNSON, ESQ.
                          DENISE CHEUNG, ESQ.
                          Assistant United States Attorney

For Defendant O'Keefe:    BERNARD S. GRIMM, ESQ.

For Defendant Agrawal:    MARK HOPSON, ESQ.
                          DAVID LUDLOW, ESQ.
                          THOMAS GREEN, ESQ.
```

**Proceedings recorded by the Court, transcript produced by Pro-Typists, Inc., 1012-14th Street, N.W., Suite 307, Washington, D.C. 20005, 202-347-5395, www.pro-typists.com**
M2062/bf

```
 1          MS. CHEUNG:  And so that to the extent that
 2   there's anything misleading or what this case is about,
 3   it's clearly about Mr. O'Keefe expediting interviews, but
 4   not only doing that, issuing the visas themselves.  So this
 5   is not for the sole issue that -- and despite the fact that
 6   defense professes that this is all that the case is about
 7   and that they're confused by the pleading.  The pleading is
 8   very clear, both in Count 3 -- Count 2 and 3, as well as in
 9   the object of conspiracy set forth in Count 1, about what
10   the exact nature is.
11          And Your Honor, lastly, the Government -- if the
12   Court is saying in order to save resources if this is going
13   to work, the Government will make this offer.  To the
14   extent that the Government was planning to call one of
15   these individuals, if the defense is going to be satisfied,
16   the Government can ask the Department of State if they will
17   make these other three -- three individuals available at
18   trial time so that they can fly out here and defense can
19   call them as witnesses in their case, should they like to
20   call them.  The Government believes that as an option as
21   well with the Court, if the Court is inclined to feel that
22   that is a necessary step the Government will pursue that
23   with the Department of State as an alternative measure.
24          MR. HOPSON:  If the Government wanted to
25   compromise on this --
```

```
 1            THE MAGISTRATE JUDGE:  Mr. Hopson, why don't you
 2   come to the podium.  The acoustics in this room are
 3   terrible.
 4            MR. HOPSON:  Yes, I know.  If the Government
 5   wanted to compromise this issue, they should have
 6   compromised it before they put me through the cost and
 7   burden of filing the motion.  I don't know about Mr. Grimm,
 8   but we're going to stand by our motion.
 9            THE MAGISTRATE JUDGE:  All right. To that end,
10   I appreciate that you want to get this done.  It's my
11   present intention -- I'm not certain -- to write a bit
12   about this, but I assure you I plan to have a decision for
13   you no later than the close of business Friday.  If that is
14   delayed, I will have my Clerk call the two of you.
15            Will that be sufficient for your purposes?
16            MR. HOPSON:  Yes, it will.  Thank you.
17            THE MAGISTRATE JUDGE:  Just give me an outline
18   of the next phase of discovery.
19            MS. CHEUNG:  Yes, Your Honor.  What we would need
20   to do is set a status in front of Judge Friedman in any
21   event, because we need to set a trial date.  And
22   unfortunately, there are Speedy Trial Act issues too, so
23   the Government would be asking that, in the interests of
24   justice, the Court make a finding for a waiver of the
25   Speedy Trial Act for both Defendants, at least up to the
```