DECLARATION

I, Peggy L. Petrovich, United States Consul, do hereby state as follows:

1. I am now, and have been since January 3, 2007, the Visa Unit Chief at the United States Consulate General in Toronto, Canada. I am a Foreign Service Officer employed by the United States Department of State. In my capacity as Visa Unit Chief, I was responsible at the United States Consulate General in Toronto for coordinating and overseeing the search for and the provision of materials responsive to the April 27, 2007, Memorandum Opinion and Order of the Honorable Paul L. Friedman, United States District Judge for the District of Columbia (hereinafter "Order of the Court"). I make the following statements based upon my personal knowledge and information made available to me in the performance of my official duties.

2. The statements made in my past declarations are true and correct to the best of my knowledge and belief. Before submitting my previous declaration of October 26, 2007, I shared it with Gilbert Furtado, and Mr. Furtado stated that the content of my declaration as it related to the Information Management Office search was accurate.

3. Electronic searches were conducted by the Information Management Office, visa staff, and me. Electronic documents were located both manually and by keyword search. Staff members had specific knowledge of where key responsive documents were located, so those files were retrieved manually. For instance, the NIV calendar was maintained on a shared public folder which visa staff routinely access for review. All such documents were produced in discovery.

4. I personally conducted the search of responsive materials (e.g., Word, Excel, PowerPoint documents) located on (1) the consular shared drive; (2) my own hard drive; (3) the hard drives of Pat Haye, Jane Boyd and Althea Brathwaite; (4) my email folders; and the (5) shared NIV email folders. I asked the visa staff to conduct searches of their personal drives and hard drives for responsive emails or documents. All responsive documents were provided.

5. I searched the folders and files on the shared drives for standard operating procedures ("SOPs"), as well as a wider search of the "w://cons drive." Toronto provided copies of the SOPs in place at the time Michael O'Keefe was posted in Toronto, as well as SOPs after the date of his departure.

6. I conducted a search for both electronic and hard copy stand-alone documents with assistance from local staff. Some stand-alone documents only existed in hard copy form.

7. Keyword searches were performed using either Microsoft Outlook (for emails) or Microsoft's "My Computer" search program (for all other electronic files). I used

the following search terms to conduct electronic searches: "early or expedite* or appointment or early & interview or expedite* & interview." I did not conduct the search using wildcard terms. Instead, I conducted multiple searches in each folder, employing a different keyword each time, i.e., appointment, expedite, expedited, early, and interview. While a large number of documents were retrieved during these searches and reviewed for possible responsiveness, only those documents already produced related to expedited appointments.

8. In a May 23 email to Gilbert Furtado about the email file search, I wrote: "You should use the following search parameters: "early or expedite* or appointment or early & interview or expedite* & interview." I do not know when or why the terms were changed to those referenced by the defense. Even with the search terms used by Mr. Long, the search produced more unresponsive emails, e.g., emails from employees asking to leave early for a doctor's appointment, than responsive ones. All responsive emails were produced in our discovery.

9. I personally conducted the search of the shared mailboxes. Most responsive emails were located in the shared mailboxes developed for the expedited appointment process, i.e. the "TRT, Employment NIV Mailbox" (for the Employment Expedite Program) and the "Toronto, Consular" mailbox (for congressional inquiries). All such responsive emails were provided in discovery. We also searched the other shared consular mailboxes. The few responsive documents located there were also included in the discovery. However, prior to June 2007, most expedited appointment requests were received by fax.

10. Toronto's current process of expedited appointment requests being sent via email to trtniv@state.gov, referenced in the Defendants' Motion to Dismiss, did not come into existence until approximately June 2007. No responsive documents were produced from this mailbox because none existed at the time of the search. Prior to the inauguration of the trtniv@state.gov mailbox, expedited appointment requests were most often sent by fax. Those documents were produced in hard copy.

11. From my conversations with Gilbert Furtado, I was told that if any old tapes were available, any emails of former employees in existence on that tape would be searchable. I am aware that Toronto produced emails from three former employees: Robbie Thomas, Michael Schimmel and Michael O'Keefe. Toronto was also able to search the returned emails of a fourth former employee, Donald Steele, and that none of those emails related to expedited appointments. It is my understanding that the Information Management Office looked for mailboxes for other former officers named in my declaration, but could not find a tape that contained any of these other mailboxes.

12. My conversations with Gilbert Furtado led me to believe that back-up tapes were searched by the Information Management office. The fact that the search results contained emails from the accounts of individuals who had already departed post

further led me to believe that available back-up tapes were searched. I drafted my previous declarations based on this understanding, and Mr. Furtado confirmed my characterization of the search as correct.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

*Peggy Petrovich*
Peggy L. Petrovich
Consul
United States Department of State
United States Consulate General Toronto
360 University Avenue
Toronto, Ontario M5G 1S4
CANADA

Sworn to and subscribed before me this
_____ day of JUN 1 9 2008, 2008

Notary Public                Jeffrey S. Tunis
                             American Consul
My commission expires:
                             TORONTO