IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:06-CR-00249 (PLF/JMF) |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL JOHN O'KEEFE, Sr.,** | : | |
| **SUNIL AGRAWAL,** | : | |
| | : | |
| **Defendants** | : | |

### ORDER

Upon careful consideration of Defendant Sunil Agrawal's Third Motion to Compel Discovery and the government's Opposition thereto, and arguments thereupon, the Court hereby ORDERS that Defendant Agrawal's Third Motion to Compel Discovery is Denied.

SO ORDERED, this _____ day of _____, 2008.

_____
THE HONORABLE JOHN M. FACCIOLA
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Serve:  Brenda J. Johnson                              Thomas C. Green, Esq.
        Denise Cheung                                  Mark D. Hopson, Esq.
        Assistant United States Attorneys     David J. Ludlow, Esq
        National Security Section                  Sidley Austin LLP.
        United States Attorney's Office           1501 K Street, N.W.
        555 4th Street, N.W.                              Washington, D.C.  20005
        Washington, D.C. 20530

        Bernard S. Grimm, Esq.
        Cozen O'Connor,
        1627 I Street, N.W.
        Washington, D.C. 20006