# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 1:06-CR-00249 (PLF/JMF) |
| | : | |
| v. | : | |
| | : | |
| MICHAEL JOHN O'KEEFE, Sr. and | : | |
| SUNIL AGRAWAL, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF FILING

The United States of America, by and through the United States Attorney for the District of Columbia, is providing notice to the Court through the electronic filing system that on July 7, 2008, the government filed Exhibit 3 of Government's Opposition to Defendants' Motion to Dismiss [Docket No. 122] under seal with the Clerk's office.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney
        D.C. Bar Number 498610

By:

        _____/s/_____
        BRENDA J. JOHNSON
        DENISE CHEUNG
        Assistant United States Attorneys
        D.C. Bar Number 370737
        D.C. Bar Number 451714
        National Security Section
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 353-4154
        (202) 307-2845
        brenda.johnson@usdoj.gov
        denise.cheung@usdoj.gov

July 7, 2008