United States Consulate General Toronto
Response to Court Order of United States District Judge Paul L. Friedman
To Compel Discovery in the Case of U.S. v O'Keefe and Agrawal
Court Order Dated April 27, 2007

The United States Consulate General Toronto (Toronto) has completed a check of all electronic and hard copy files maintained at post in accord with the discovery request, and has provided photocopies of all hard copy documents maintained at post, and an electronic CD-Rom copy of all emails discovered through a search of the electronic data available in the system. The search was conducted from May 7 to May 31, 2007. In order to comply with the request, Toronto spent over 160 work hours searching for and preparing copies of materials to be transmitted in response.

Policies and Procedures: Toronto has included hard copies of all policies and procedures for expediting appointments that were in place from January 2004 through May 31, 2007. Electronic copies of email communications regarding procedures are included in the provided CD-Rom.

NIV Expedited Appointments: Toronto conducted a search of all hard copy documents at post related to expedited appointment requests, locating documents in four separate filing cabinet drawers that date back to January 2006. Toronto does not have any hard-copy records of requests prior to January 2006. Toronto is providing photocopies of all documents in existence at post related to each request, whether approved or denied.

In the past, Toronto attached all documents related to an expedited appointment request to the hard copy of the nonimmigrant visa application. Toronto ceased this practice circa December 2005. Per Department of State procedures, Toronto forwards the hard copies of all applications to the Kentucky Consular Center (KCC) after one year for cataloging. KCC forwards the applications to the National Archives and Records Administration for storage until they are scheduled for destruction in accordance with all applicable laws. Toronto currently maintains the hard copies of applications submitted from May 2006 to May 2007. Accordingly, Toronto has no applications at post with attachments related to an expedited appointment request.

For electronic mail data, Toronto has included the folders of all individuals searched, even those that came back with no emails found. The email search included all items in existence on the server at that time of the search. Toronto has no way of accessing emails permanently deleted from individual email folders prior to this time.

Tracking Systems and Data Compilations: Pursuant to the Court Order, Toronto is providing another hard copy printout of the "NIV Schedule in Public Folders" Calendar previously provided to Counsel. This calendar only dates back to its creation date, October 31, 2005. It is current through May 31, 2007. No record of scheduled expedited appointments exists prior to this period.