**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal Case No 1:06-cr-00249-PLF/JMF |
| MICHAEL JOHN O'KEEFE, SR. and | ) | |
| SUNIL AGRAWAL, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' RESPONSE TO
MAGISTRATE JUDGE FACCIOLA'S
REPORT AND RECOMMENDATIONS**

Defendants, through counsel, respectfully file this Response to Magistrate Judge Facciola's Report and Recommendations on Defendants' Joint Motion to Dismiss.

1.      Magistrate Judge Facciola has recommended that an evidentiary hearing should be conducted on the question whether the government's "fail[ure] to comply with Judge Friedman's discovery order, warrant[s] the imposition of sanctions." *United States* v. *O'Keefe*, Crim. No. 06-249, slip op. at 14 (D.D.C. August 19, 2008) (Report & Recommendation).

2.      Defendants respectfully request that such a hearing be scheduled by the Magistrate Judge at the earliest possible time.

3.      Following the conduct of that hearing, the Magistrate Judge can make a final report and recommendation addressing all of the issues raised by Defendants' motion.

4.      Accordingly, Defendants respectfully suggest that the hearing scheduled before Judge Friedman on August 26, 2008 be postponed until after the conduct of the evidentiary hearing.  That will permit Judge Friedman to conduct a single hearing and enter a

single order based upon a complete record and a final recommendation and report on these discovery and sanction issues.

5.      For hearing planning purposes, defendants also want to provide notice to the Court and the Department of Justice that they intend to serve subpoenas to compel the testimony of the following individuals at the evidentiary hearing:  Peggy Petrovich, Gilbert Furtado, and John Long.

6.      Defendants continue to maintain that the willful violations in this case warrant pre-trial dismissal of the Indictment under the Due Process clause, Rule 16 and the Court's  supervisory powers.

7.      If, however, the Court wants to proceed to address the report and recommendation regarding the due process claim—*i.e.*, the ruling that the motion be denied without prejudice "insofar as it claims a violation of . . . due process"—Defendants respectfully request the opportunity to file objections to the findings and recommendations in Magistrate Judge Facciola's report.  *Id.* at 8.

8.      Defendants attempted to contact counsel for the government to determine whether they would consent to Defendants' request  for an evidentiary hearing (per Judge Facciola's recommendation) and a continuance of the motion to dismiss hearing, but they were unable to reach either Ms. Johnson or Ms. Cheung.

Dated:  August 21, 2008                  Respectfully submitted,


                                         _____/s/_____
                                         Thomas C. Green (D.C. Bar #14998)
                                         Mark D. Hopson (D.C. Bar #394338)
                                         David J. Ludlow (D.C. Bar #489136)
                                         SIDLEY AUSTIN LLP
                                         1501 K Street, NW

Washington, DC 20005
*Counsel for Defendant Sunil Agrawal*


_____/s/_____

Bernard S. Grimm
COZEN O'CONNER
The Army and Navy Building
1627 I Street, N.W. Suite 1100
Washington, D.C. 20006
*Counsel for Defendant Michael John O'Keefe*

DC1 1249098v.1