UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.  )  Criminal No. 06-0249 (PLF-JMF)<br>)<br>MICHAEL JOHN O'KEEFE, SR., and )<br>SUNIL AGRAWAL, )<br>)<br>Defendants. )<br>) | |

REFERRAL ORDER

Discovery in this matter was referred to Magistrate Judge John M. Facciola on November 7, 2007. Currently pending are defendants' third motion to compel and defendants' joint motion to dismiss the indictment. The undersigned has carefully reviewed both motions and the related opposition and reply briefs. Because the subject matter of the two motions are intertwined, as the government suggested at a recent status conference, the Court has determined that Magistrate Judge Facciola should consider both motions. Accordingly, it is hereby

ORDERED that this action is referred to Magistrate Judge Facciola for a report and recommendation regarding the disposition of [115] Defendants' Joint Motion to Dismiss. The previously scheduled hearing dates before this Court – August 26, 2008 and alternatively September 4, 2008 – are hereby vacated.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 31, 2008