IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Case No.: 06-249 (PLF) |
| | : | |
| v. | : | |
| | : | |
| MICHAEL JOHN O'KEEFE, SR. | : | |
| SUNIL AGRAWAL | : | |
| | : | |
| Defendants | : | |

### NOTICE TO THE COURT

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully submits this notice to the Court with respect to recently discovered information regarding the electronic searches which are the subject of Defendant's Joint Motion to Dismiss.

The government has recently been informed that the United States consulate in Toronto preserved on May 29, 2007, the original electronic email search conducted pursuant to the Court's April 27, 2007 discovery order. The government, defense and the Court were previously advised that only the results of the search were preserved and not the original search material. The consulate has also preserved documents on the shared drive as of September 28, 2005 and November 2, 2007. The existence of the files has been confirmed and the government is diligently endeavoring to obtain answers to the logical follow-up questions regarding these files. At this point, at a minimum, it is clear that an additional search of these files using additional terms could be conducted, were the court to deem it necessary. The availability of such additional searches would in large part render defendant's joint motion to dismiss moot.

Counsel for defendants O'Keefe and Agrawal have already been notified of this development.

                        Respectfully submitted,

                        Jeffrey A. Taylor
                        UNITED STATES ATTORNEY
                        D.C. Bar Number 498610

By:    _____/s/_____
       Brenda J. Johnson
       Denise Cheung
       Assistant United States Attorneys
       D.C. Bar No. 370737
       D.C. Bar No. 451714

       202/353-4154
       202/ 307-2845
       National Security Section
       United States Attorney's Office
       555 4th Street, N.W. – 11th floor
       Washington, D.C.  20530
       202/307-6059 fax

August 26, 2008